# EXHIBIT A

**ConverDyn v. Moniz**
**Case No. 1:14-cv-1012-RBW**

**Exhibit to Plaintiff ConverDyn's Motion for a Preliminary Injunction**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONVERDYN, <br><br> Plaintiff, <br><br> v. <br><br> ERNEST J. MONIZ, in his official capacity as Secretary of the United States Department of Energy, <br><br> and <br><br> UNITED STATES DEPARTMENT OF ENERGY, <br><br> Defendants. | Case No. 1:14-cv-1012-RBW |

### DECLARATION OF BRIAN M. SERAFIN
### IN SUPPORT OF PLAINTIFF CONVERDYN'S MOTION
### FOR A PRELIMINARY INJUNCTION

I, Brian M. Serafin, declare as follows:

1.) I am an associate at the law firm Winston & Strawn LLP, counsel for Plaintiff ConverDyn in the above-captioned litigation.

2.) I submit this declaration in support of ConverDyn's Motion for a Preliminary Injunction.

3.) The following exhibits are true, correct, and accurate copies:

| EXHIBIT | TITLE |
|---|---|
| A | Declaration of Brian M. Serafin In Support of Plaintiff ConverDyn's Motion for a Preliminary Injunction (June 23, 2014) |
| B | Energy Resources International, Inc., 2014 Review of the Potential Impact of DOE Excess Uranium Inventory On the Commercial Markets ("2014 ERI Report") (April 25, 2014) |
| C | Declaration of Malcolm Critchley (June 23, 2014) |
| D | Department of Energy, Excess Uranium Inventory Management Plan and Secretary of Energy's Policy Statement on Management of the Department of Energy's Excess Uranium Inventory ("2008 Policy and Plan") (Dec. 16, 2008) |

| | |
|---|---|
| E | Secretarial Determination Pursuant to the USEC Privatization Act for the Sale or Transfer of Natural Uranium ("2009 Determination") (Nov. 10, 2009) |
| F | Secretarial Determination Pursuant to the USEC Privatization Act for the Sale or Transfer of Natural Uranium ("2011 Determination") (March 1, 2011) |
| G | Secretarial Determination for the Sale or Transfer of Uranium ("2012 Determination") (May 15, 2012) |
| H | Energy Resources International, Inc., Quantification of the Potential Impact on Commercial Markets of DOE's Transfer of Natural Uranium During the Period October 2009 Through December 2013 ("2009 ERI Report") (Nov. 5, 2009) |
| I | Energy Resources International, Inc., Quantification of the Potential Impact on Commercial Markets of DOE's Transfer of Natural Uranium Hexafluoride During Calendar Years 2011, 2012, and 2013 ("2010 ERI Report") (Dec. 2010) |
| J | Energy Resources International, Inc., Quantification of the Potential Impact on Commercial Markets of Introduction of DOE Excess Uranium Inventory in Various Forms and Quantities During Calendar Years 2012 through 2033 ("2012 ERI Report") (April 23, 2012) |
| K | Government Accountability Office, Department of Energy – Enhanced Transparency Could Clarify Costs, Market Impact, Risk, and Legal Authority to Conduct Future Uranium Transactions, No. GAO-14-291 ("GAO Report 14-291") (May 2014) |
| L | Department of Energy, Excess Uranium Inventory Management Plan ("2013 Plan") (July 2013) |
| M | Secretarial Determination for the Sale or Transfer of Uranium ("2014 Determination") (May 15, 2014) |
| N | Declaration of Scott Melbye (June 23, 2014) |
| O | March 10, 2014 Letter from ConverDyn to DOE, regarding Guiding Principles for Secretarial Determination Process |
| P | **FILED UNDER SEAL** - March 10, 2014 Letter from ConverDyn to DOE, regarding Adverse Material Impacts of Department of Energy Sales of Excess Uranium on Domestic Conversion Industry |
| Q | June 7, 2014 Letters from DOE to Senate, regarding notification to Congress of upcoming uranium transfers |
| R | Andrea Jennetta, Fuel Cycle Week, at 1 (May 22, 2014) |
| S | Government Accountability Office, Excess Uranium Inventories – Clarifying DOE's Disposition Options Could Help Avoid Further Legal Violations, No. GAO-11-846 ("GAO Report 11-846") (Sept. 2011) |
| T | Affidavit of Melissa Mann in Support of ConverDyn's Motion for Preliminary Injunction (June 23, 2014) |
| U | June 19, 2014 E-mail from Fuelco to DOE |

**Declaration of Brian M. Serafin**
**Page 2 of 3**

4.) I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated: June 23, 2014                                  ____/s/ Brian M. Serafin_____
                                                      Brian M. Serafin