# EXHIBIT E

ConverDyn v. Moniz
Case No. 1:14-cv-1012-RBW

**Exhibit to Plaintiff ConverDyn's Motion for a Preliminary Injunction**

SECRETARIAL DETERMINATION PURSUANT TO THE
USEC PRIVATIZATION ACT
FOR THE SALE OR TRANSFER OF NATURAL URANIUM

Having considered the requirements of the USEC Privatization Act of 1996 (42 U.S.C.§§2297h-10), the current status of the domestic uranium mining, conversion, and enrichment industries, and the Department's analysis regarding the potential impacts of sales or transfers of natural uranium hexafluoride sufficient to fund services for accelerated cleanup work at the Portsmouth Gaseous Diffusion Plant during the time period starting in the fourth quarter of calendar year 2009 through calendar year 2010, provided that the transfers are made on a quarterly basis, with no more than 300 metric tons uranium transferred in any quarter and a total of no more than 1,125 metric tons transferred for the entire period, I have determined that such sales or transfers will not have an adverse material impact on the domestic uranium mining, conversion, or enrichment industries. In the Department's analysis and this determination, I have taken into account the sales of uranium under the Russian Highly Enriched Uranium Agreement and the Suspension Agreement.

_____
Steven Chu

_____11/10/09_____
Date