# EXHIBIT F

ConverDyn v. Moniz
Case No. 1:14-cv-1012-RBW

**Exhibit to Plaintiff ConverDyn's Motion for a Preliminary Injunction**



**The Secretary of Energy**
Washington, DC 20585

SECRETARIAL DETERMINATION PURSUANT TO THE
USEC PRIVATIZATION ACT
FOR THE SALE OR TRANSFER OF NATURAL URANIUM

Having considered the requirements of the USEC Privatization Act of 1996 (42 U.S.C.§§2297h-10), the current status of the domestic mining, conversion, and enrichment industries, and the Department's analysis regarding the potential impacts of sales or transfers of natural uranium equivalent sufficient to fund services for accelerated cleanup work at the Portsmouth Gaseous Diffusion Plant during the time period starting in the first quarter of calendar year 2011 through the third quarter of calendar year 2013, provided that the transfers are made on a quarterly basis, with no more than 450 metric tons natural uranium equivalent transferred in any quarter and a total of no more than 1605 metric tons natural uranium equivalent per year for calendar years 2011, 2012, and 2013, I have determined that such sales or transfers will not have an adverse material impact on the domestic uranium mining, conversion, or enrichment industries. I have taken into account the sales of uranium under the Russian Highly Enriched Uranium Agreement and the Suspension Agreement.

_____
Steven Chu

MAR - 1 2011
_____
Date

Printed with soy ink on recycled paper