# EXHIBIT G

**ConverDyn v. Moniz**
**Case No. 1:14-cv-1012-RBW**

**Exhibit to Plaintiff ConverDyn's Motion for a Preliminary Injunction**



**The Secretary of Energy**
Washington, D.C. 20585

SECRETARIAL DETERMINATION
FOR THE SALE OR TRANSFER OF URANIUM

Having considered the current status of the domestic uranium mining, conversion, and enrichment industries, and the Department's analysis regarding the potential impacts of the transfers of:

1) up to 9,156 metric tons uranium (MTU) of depleted uranium to Energy Northwest in calendar years 2012 and 2013, which would be immediately followed by enrichment to low enriched uranium (LEU) equivalent to 482 MTU, with Energy Northwest utilizing a portion of the LEU for fueling the power reactor it operates and the remaining LEU sold as LEU or in its component parts as natural uranium and separative work units (SWU) to TVA as part of a commercial transaction supporting future power generation and tritium production from 2013 through 2030, thereby serving national security purposes;

2) up to 2,400 MTU per year of natural uranium to DOE contractors for cleanup services at the Paducah or Portsmouth GDPs, in quarterly transfers of up to 600 MTU for the period 2012 through 2021; and

3) up to 400 MTU natural-uranium equivalent per year contained in low-enriched uranium (LEU) transferred to NNSA contractors for down-blending highly-enriched uranium to LEU for the period 2012 through 2020,

I have determined that these Departmental sales or transfers will not have an adverse material impact on the domestic uranium mining, conversion, or enrichment industries. I have taken into account the sales of uranium under the Russian Highly-Enriched Uranium Agreement and the Suspension Agreement. This determination fulfills the requirement in section 3112(d)(2)(B) with respect to transfers of natural and enriched uranium.

_____
Steven Chu

MAY 15 2012
_____
Date

Printed with soy ink on recycled paper