# EXHIBIT J

**PART 1**

**ConverDyn v. Moniz**
**Case No. 1:14-cv-1012-RBW**

**Exhibit to Plaintiff ConverDyn's Motion for a Preliminary Injunction**

ENERGY
RESOURCES
INTERNATIONAL, INC.

ERI-2142.12-1201

# Quantification of the Potential Impact on Commercial Markets of Introduction of DOE Excess Uranium Inventory in Various Forms and Quantities During Calendar Years 2012 through 2033

ENERGY
RESOURCES
INTERNATIONAL, INC.

ERI-2142.12-1201

# Quantification of the Potential Impact on Commercial Markets of Introduction of DOE Excess Uranium Inventory in Various Forms and Quantities During Calendar Years 2012 through 2033

Prepared For:

U.S. Department of Energy
Office of Nuclear Energy

Prepared By:

Michael H. Schwartz
Thomas B. Meade
Julian J. Steyn

April 23, 2012

1015 18th Street, NW, Suite 650
Washington, DC 20036
USA
Telephone: (202) 785-8833
Facsimile: (202) 785-8834

## NOTICE

This report was prepared for the Office of Uranium Management and Policy in the Office of Nuclear Energy, Department of Energy (DOE) under Task 12 under GSA FABS Contract No. GS-23F0242P and DOE Contract No. DE-DT0000752.

## TABLE OF CONTENTS


Executive Summary ES-1

1. Introduction 1

2. Background on Nuclear Fuel Supply Markets 5
   2.1. Uranium Concentrates 5
      2.1.1. Uranium Market Price Activity 5
      2.1.2. Uranium Requirements 6
      2.1.3. Uranium Supply 7
      2.1.4. Adequacy of Uranium Supply Relative to Requirements 8
      2.1.5. Future Market Price for Uranium Concentrates 9
   2.2. Conversion Services 10
      2.2.1. Conversion Market Price Activity 10
      2.2.2. Conversion Services Requirements 11
      2.2.3. Conversion Services Supply 12
      2.2.4. Adequacy of Conversion Supply Relative to Requirements 13
      2.2.5. Future Market Price for Conversion Services 14
   2.3. Enrichment Services 15
      2.3.1. Enrichment Market Price Activity 15
      2.3.2. Enrichment Services Requirements 15
      2.3.3. Enrichment Services Supply 16
      2.3.4. Adequacy of Enrichment Supply Relative to Requirements 17
      2.3.5. Future Market Price for Enrichment Services 18
   2.4. Summary of U.S. Requirements for Nuclear Fuel 19
   2.5. Summary of Published Market Prices 20
   2.6. Market Price Volatility 21

3. DOE Material Being Considered for Transfer 26
   3.1. DOE Depleted $UF_6$ Being Considered for Transfer and Disposition 26
   3.2. DOE Natural Uranium Being Considered for Transfer in Exchange for Services 27
   3.3. DOE/NNSA Down Blended HEU Material 28
   3.4. Summary of All DOE Material Presently Being Considered for Transfer 30

## TABLE OF CONTENTS (continued)


4. Quantification of the Potential Effect of the Transfer of DOE Material 39
   4.1. Potential Effect of Transfers on Market Prices 39
      4.1.1. Potential Market Impact of DOE Transfers Based on Market Clearing Price Analysis 39
      4.1.2. Potential Impact of DOE Transfers Based on a Spot Market Price Analysis 43
   4.2. Comparison of Potential Market Price Impact With Market Price Volatility Data 45
   4.3. Potential Impact on the Domestic Industries 47
      4.3.1. Potential Impact on Domestic Uranium Concentrates Industry 47
      4.3.2. Potential Impact on Domestic Conversion Services Industry 48
      4.3.3. Potential Impact on Domestic Enrichment Services Industry 49

5. Summary of Potential Market Implications and Nature of Industry Concern 50
   5.1. Potential Market Implications 50
   5.2. Nature of Industry Concern 50

Glossary 51

## LIST OF TABLES

Table 2.1 Summary of U.S. Requirements for Nuclear Fuel Materials and Services 20
Table 2.2 Recently Published Market Prices 21
Table 2.3 Summary of Nuclear Price Volatility 22
Table 3.1 Summary of Alternative Disposition Paths for DOE's High Assay $DUF_6$ 27
Table 3.2 Summary of Transfers Under Consideration by DOE to the Contractor(s) During the Period, 2012 – 2021 28
Table 3.3 Summary of Presently Expected NNSA Transfers 29
Table 3.4 Summary of Presently Expected NNSA Transfers at Year of Potential Impact 30
Table 3.5 Scenario Identification 31
Table 3.6 Total Equivalent Net MTU as $UF_6$ to be Transferred Under Each Scenario 32
Table 3.7 Total Equivalent Net Million Pounds of $U_3O_8$ to be Transferred Under Each Scenario 33
Table 3.8 Total Equivalent Net Million SWU to be Transferred Under Each Scenario 33
Table 3.9 Maximum and Average Annual Values of Total Equivalent Net MTU as $UF_6$ to be Transferred Under Each Scenario 34
Table 3.10 Maximum and Average Annual Values of Total Equivalent Net Million Pounds of $U_3O_8$ to be Transferred Under Each Scenario 34
Table 3.11 Maximum and Average Annual Values of Total Equivalent Net Million SWU to be Transferred Under Each Scenario 34
Table 3.12 Total Equivalent Net MTU as $UF_6$ to be Transferred Under Each Scenario as a Percent of Annual U.S. Requirements 35
Table 3.13 Total Equivalent Net Million Pounds of $U_3O_8$ to be Transferred Under Each Scenario as a Percent of Annual U.S. Requirements 35
Table 3.14 Total Equivalent Net Million SWU to be Transferred Under Each Scenario as a Percent of Annual U.S. Requirements 36
Table 3.15 Maximum and Average Annual Values of Total Equivalent Net MTU as $UF_6$ to be Transferred Under Each Scenario as a Percent of Annual U.S. Requirements 36
Table 3.16 Maximum and Average Annual Values of Total Equivalent Net Million Pounds of $U_3O_8$ to be Transferred Under Each Scenario as a Percent of Annual U.S. Requirements 36
Table 3.17 Maximum and Average Annual Values of Total Equivalent Net Million SWU to be Transferred Under Each Scenario as a Percent of Annual U.S. Requirements 38
Table 4.1 Maximum and Average Potential Negative Impact on Term Market Price of Uranium Concentrates of Net MTU as $UF_6$ to be Transferred Under Each Scenario 39
Table 4.2 Maximum and Average Potential Negative Impact on Term Market Price of Conversion Services of Net MTU as $UF_6$ to be Transferred Under Each Scenario 40
Table 4.3 Maximum and Average Potential Negative Impact on Term Market Price of Uranium as Natural $UF_6$ of Net MTU as $UF_6$ to be Transferred Under Each Scenario 40

## LIST OF TABLES (continued)


Table 4.4 Maximum and Average Potential Negative Impact on Term Market Price of Enrichment Services of Net Enrichment Services Component of Material to be Transferred Under Each Scenario 40

Table 4.5 Maximum and Average Potential Negative Impact on Term Market Price of Uranium Concentrates of Net MTU as $UF_6$ to be Transferred Under Each Scenario as a Percent of the Current Term Market Price 41

Table 4.6 Maximum and Average Potential Negative Impact on Term Market Price of Conversion Services of Net MTU as $UF_6$ to be Transferred Under Each Scenario as a Percent of the Current Term Market Price 41

Table 4.7 Maximum and Average Potential Negative Impact on Term Market Price of Uranium as Natural $UF_6$ of Net MTU as $UF_6$ to be Transferred Under Each Scenario as a Percent of the Current Term Market Price 42

Table 4.8 Maximum and Average Potential Negative Impact on Term Market Price of Enrichment Services of Net Enrichment Services Component of Material to be Transferred Under Each Scenario as a Percent of the Current Term Market Price 42

Table 4.9 Total Equivalent Net U3O8 Transferred to the Spot Market Under All Scenarios 44

Table 4.10 Comparison of Potential Effect on Market Prices of the DOE Material Transfer Relative to Monthly Market Price Volatility Data 45

## LIST OF FIGURES


| | | |
|---|---|---|
| Figure 2.1 | Forecast of World Supply and Requirements for Uranium Concentrates | 9 |
| Figure 2.2 | Forecast of World Supply and Requirements for Conversion Services | 14 |
| Figure 2.3 | Forecast of World Supply and Requirements for Enrichment Services | 17 |
| Figure 2.4 | U.S. Requirements for Nuclear Fuel Materials and Services | 19 |
| Figure 4.1 | Spot Market Prices for Uranium – Actual Versus Correlation | 43 |

## Executive Summary

On March 11, 2008 the Secretary of the U.S. Department of Energy (DOE) issued a policy statement on management of the DOE's excess uranium inventory. It stated that

> *"To the extent practicable, the Department will manage its uranium inventories in a manner that is consistent with and supportive of the maintenance of a strong domestic nuclear industry. Consistent with this principle, the Department believes that, as a general matter, the introduction into the domestic market of uranium from Departmental inventories in amounts that do not exceed ten percent of the total annual fuel requirements of all licensed nuclear power plants should not have an adverse material impact on the domestic uranium industry."*

In support of the Secretary's policy statement, DOE published its "Excess Uranium Inventory Management Plan" (DOE 2008 Plan) on December 16, 2008.

It may be noted that the various segments of the U.S. nuclear industry (e.g., owners and operators of nuclear power plants as well as nuclear fuel suppliers and their trade associations) have stated their support for the DOE 2008 Plan. Among its comments, the Uranium Producers of America (UPA) stated that *"market analysts can now assume very predictable and transparent limits to the impacts of government supplies going forward."*

In September 2011, the U.S. Government Accountability Office (GAO) issued a report to Congress on the subject of excess uranium inventories.[i] In its report GAO stated that

> *"According to domestic uranium industry officials we interviewed, DOE's departure from its 2008 plan has created anxiety about how much further DOE might deviate from its plan in the future. In particular, industry officials were concerned that uncertainties about the quantities of uranium DOE might suddenly decide to sell or transfer could cause a fall in future uranium prices. Industry officials told us that this fear of declining prices discouraged potential investment in the industry, particularly in newer mining companies seeking to start production. Industry officials also said they feared that uncertainties about DOE's future plans would raise the costs of borrowing and of insurance coverage."*

By way of background, it is interesting to note that between December 2009 and March 2011, there were six DOE transfers of natural uranium that resulted in spot market sales by the DOE contractors that received the uranium. The sales were in amounts of between

[i] U.S. Government Accountability Office, "Excess Uranium Inventories – Clarifying DOE's Disposition Options Could Help Avoid Further Legal Violations," GAO-11-846, September 2011.

approximately 520,000 pounds $U_3O_8$ equivalent and 915,000 pounds $U_3O_8$ equivalent. During the months in which three of these transfers occurred, the spot market price for uranium declined by $0.75, $1.75 and $11.00 per pound. With the exception of the March 2011 price change, which can be largely attributed to the events at Fukushima Daiichi, these declines in price are less than the average month-to-month change in spot market price that has occurred during the past three years. During the other three months in which these transfers occurred, the uranium spot market price either did not change or increased by $1.00 and $1.25 per pound $U_3O_8$. Such upward price movements were in the opposite direction than might have been expected in the absence of any other market activity.

This report presents the results of a business analysis performed by Energy Resources International, Inc. (ERI) of the potential impact on the commercial markets of the introduction of DOE excess uranium inventories in various forms and quantities during the period 2012 through 2033[ii].

The transactions analyzed by ERI during this period involve the transfer of 9,156 MTU[iii] of high assay depleted uranium hexafluoride ($DUF_6$) to Energy Northwest (ENW), during calendar years 2012 and 2013. If completed, this transfer would be immediately followed by enrichment of the $DUF_6$ to LEU. At that point, there are several alternative paths under consideration by ENW for the disposition of this LEU during the period 2014 through 2033.

Under the proposed arrangement, USEC would receive 600 MTU of natural uranium feed upon completion of its enrichment contract, which it would use to meet a portion of its current contract obligations. If not for this material, USEC has stated that it would have taken 600 MTU of natural uranium feed from its existing inventory, without intending to replenish it. Accordingly, ERI views this part of the transaction as not having any market impact. There are several alternative paths under consideration by ENW for the disposition of this LEU during the 20 year period, 2014 through 2033. Each of these alternative paths include some amount of the natural uranium and enrichment services content of the remaining LEU being used to meet future reload requirements for the Columbia Generating Station, which is operated by ENW with all electricity output going to the Bonneville Power Administration. Under each of the alternative disposition paths, the balance of the natural uranium and enrichment services content would be sold under long-term contracts to one or more companies for use in the nuclear power plants that they operate.

This analysis also takes into account other sales or transfers by DOE into the market during this period of time. These include the ongoing quarterly transfers of natural uranium hexafluoride ($UF_6$) at the current rate to the DOE contractor, Fluor-B&W Portsmouth LLC (FBP), for services being provided to DOE in support of the environmental cleanup of the

[ii] Unless indicated otherwise, all years are calendar years.

[iii] Subsequent to this analysis being undertaken, the amount of $DUF_6$ under consideration was reduced to 9,075 MTU, which is bounded by the analysis.

Portsmouth gaseous diffusion plant (GDP). For the base case, transfers are assumed to continue at the current rate until all DOE Russian and U.S. origin $UF_6$ have been transferred to one or more DOE contractors, which would be in 2021. ERI also analyzed several alternative scenarios that reflect the transfer of the Russian and U.S. origin natural $UF_6$ at three higher annual transfer rates, until the transfer of all of this $UF_6$ has been completed, which would be in 2018 at the earliest.

In May 2011, Traxys North America LLC (Traxys) announced that it had entered into an agreement for the purchase of all natural $UF_6$ through 2013 that the DOE contractor, FBP, expects to receive from DOE under the arrangement referred to above. The Traxys announcement notes that *"FBP moved away from the previous practice of spot market auctions...wishing to avoid any impact upon the market"*. Therefore, it is no longer possible to explicitly identify when and how much of this DOE origin material is introduced into the commercial markets by Traxys at any point in time. ERI believes it is reasonable to assume that Traxys will introduce this material into the commercial markets through an equal mix (by volume of material) of spot market and term market transactions.

In addition, the DOE National Nuclear Security Administration (NNSA) expects to be transferring into these same commercial markets additional LEU, which results from the down blending of highly enriched uranium (HEU) under several programs. The four elements of down blended HEU that are presently expected by NNSA to be transferred to the commercial markets are: (i) Tennessee Valley Authority (TVA) off-spec material; (ii) American Fuel Supply barter material for the NNSA contractor; (iii) Mixed Oxide Fuel (MOX) LEU Backup Inventory Project barter material for the NNSA contractor; and (iv) Unallocated HEU down blended material. In addition, in order to perform the down blending of the HEU, diluent in the form of natural uranium is purchased from the commercial market. According to DOE/NNSA, based on information that is presently available, the last transfers to TVA and to the NNSA contractor that is down blending HEU for the American Fuel Supply occur during 2012; and the last transfer to the NNSA contractor that is down blending HEU for the MOX LEU Backup Inventory Project will occur during 2013. The presently unallocated HEU down blended material is assumed to be introduced into the market beginning in 2014.

It should be noted that the NNSA quantities identified and evaluated in this report do not include transfers of LEU that have a high assay (or enrichment) of uranium isotope 235 ($U^{235}$) – i.e., 19.75 weight percent $U^{235}$ – derived from HEU to make fuel for research and isotope production reactors. Because the commercial sector cannot produce uranium of that assay, these transfers do not displace commercial activity and have absolutely no impact on the domestic nuclear fuel industry.

Twelve different scenarios result from the different combinations of these alternative transfer plans. In total, the transfer of natural uranium to the DOE contractor(s) accounts for about 72% of the total natural uranium equivalent that DOE is considering for transfer over the entire period. The natural uranium component of the LEU resulting from

enrichment of the transferred high assay depleted $UF_6$ and the natural uranium component of the NNSA transfers account for about 16% and 12%, respectively, of the total natural uranium component of the DOE material under consideration.

Since the total amount of material that is assumed to be transferred by DOE over the entire period of 2012 through 2033 is identical at 20,639 MTU as $UF_6$ equivalent or 53.9 million pounds of $U_3O_8$ equivalent, the average annual quantity in each of the 12 scenarios is the same at 4.8% of annual U.S. requirements. In addition, the total amount of equivalent enrichment services that is assumed to be transferred by DOE over the entire period of 2012 through 2033 is identical at 5.8 million SWU. The average annual quantity in each of the 12 scenarios is the same at 0.3 million SWU, which is 1.7% of annual U.S. requirements. However, as expected, there are differences among the scenarios.

The (i) maximum annual quantities, (ii) average annual quantities over the first nine years (i.e., 2012 through 2020), which is the period during which all of the identified NNSA material and almost all of the Russian and U.S. origin natural uranium would be transferred, and (iii) average annual quantities over the entire period (i.e., 2012 through 2033) were compared with expected annual U.S. requirements in the corresponding period of time.

The results of this comparison are that in some years, the DOE transfers might reach values in the range of 12% to 15% of U.S. annual requirements for uranium and conversion services and not more than 7% of U.S. annual requirements for enrichment services. The average of the DOE transfers over the period 2012 through 2020 for uranium and conversion services is in the range of 10.3% to 10.8% of U.S. annual requirement. For enrichment services, the average of the DOE transfers is in the range of 3.2% to 3.5% of U.S. annual requirements. When examined over the entire period 2012 through 2033 the averages are 4.8% of U.S. annual requirements for uranium and conversion services and 1.7% of U.S. annual requirements for enrichment services.

It should be recognized that is very difficult, if not impossible, to accurately predict the specific change in spot market price that might result from a particular future event. The general inability of financial investors to accurately predict day-to-day movements in the markets for investment securities, including other commodities, provides a reasonable analogy. Furthermore, the market's expectations of future long-term market prices are believed to be more relevant to investment decisions than current spot market prices, since they are more likely to determine whether or not the investor will be able to earn an appropriate economic return over the life of the new projects. Nonetheless, recognizing that there is interest among some market participants in the potential impact of any DOE transfers on spot market prices, ERI has developed a multivariable correlation between the monthly spot market prices published by TradeTech[iv] and the monthly spot market values

[iv] TradeTech, LLC (TradeTech) is one of several companies that publish market price indicators for the nuclear fuel industry, and related supply and demand data.

of supply and demand, which are also published by TradeTech. This correlation covers the period from July 2004 through March 2012 and has an $R^2$ = 89%, which is good, particularly given the extreme volatility experienced in the spot market price during this period.

This correlation was then used to simulate the 2012 through 2021 spot market price for uranium concentrates, assuming monthly values of supply and demand consistent with the average monthly values that have been experienced over the last four years, with and without the DOE transfers that are presently under consideration. The results of applying this correlation are projections of a potential spot market price decrease of $2.96 per pound $U_3O_8$ based on an average of the scenarios over the period 2012 through 2021; and a decrease of $4.55 in the year of potential highest impact (2017) based on the highest of the scenarios. This represents a potential impact based on the spot market price during this period in the range of 5.8% to 8.9%. This is less than half the maximum month-to-month change experienced during the past three years in the spot market price; and about 1.5 to two months of average price volatility that has been experienced in this market over the last three years. This does not adjust for any other changes in market condition that may occur as a result of the announced transfer, such as an increase in market demand.

ERI also applied the results of its economic market clearing price analyses[v] to the average annual incremental addition of supply that would result from the DOE transfers that are presently under consideration. This allowed ERI to estimate the potential effect on economic market clearing price, which serves as the basis for long-term price, for the period 2012 through 2033.

The potential impact on the term price for uranium concentrates is $1.86 to $2.61 per pound, which is also less than about half the maximum month-to-month change experienced during the past year; and equivalent to about two to three times the average month-to-month volatility in term price for uranium concentrates over the last three years. The potential impact on the term price for conversion services is $0.69 to $0.97 per kgU as $UF_6$, which is also less then half the maximum month-to-month change experienced during the past three years; and equivalent to three to five months of the average month-to-month volatility in the term price for conversion services. The potential impact on the term price for enrichment services is $3.00 to $4.35 per SWU, which is less then the maximum month-to-month change experienced during the past three years, as well as the total change

[v] Such analyses require the creation of an annual supply curve, which in the case of uranium concentrates is constructed by stacking individual increments of supply (e.g., individual mines) in ascending order from low to high based on each increment's cost of production, until the total supply is equal in quantity to the projected demand for uranium concentrates in the year of interest. The market clearing price is the total cost of production for the last increment of supply that is required to meet demand during that year. The additional quantity of incremental supply added to the market during the year (e.g., by a DOE transfer), together with the slope of the supply curve (i.e., Δ$ per pound / Δ million pounds) at the point that total supply equals total demand, provide the basis for determining the potential impact (i.e., reduction) on the market clearing price.

in price over any of the last three years; and equivalent to four to seven months of the average month-to-month volatility in the term price for enrichment services. In summary, the potential impact on market price of the DOE material transfer is consistent with the historical volatility observed in the nuclear fuel markets.

Based on presently available information and the results of the analysis described in this report, ERI does not believe that either (i) the potential price effect of the presently proposed quantities of equivalent $U_3O_8$, conversion services and enrichment services that DOE is considering transferring during the period 2012 through 2033; or (ii) the quantities of domestic production, if any, that might be displaced due to the proposed DOE transfers are of a magnitude that they would constitute a material adverse impact on the domestic industries or any of the initiatives that are presently underway. These initiatives include uranium exploration and development, previously announced plans to license and construct new enrichment facilities, or the U.S.-Russian HEU Agreement, which is scheduled to end in 2013.

However, even if the potential impact of any individual transfer by DOE is not in itself significant, the nuclear fuel markets recognize that DOE controls a very large amount of material. The predictability of DOE's transfer of that material into the commercial markets over time is very important to the orderly functioning of these markets. In this regard, it is critical for long-term planning and investment decisions by the domestic industry that there can be confidence that DOE will adhere to what it presents as being established guidelines and plans.

Unless DOE can demonstrate to the domestic fuel supply industry that its transfer of material during any year(s) in an amount that is substantially larger than 10% of U.S. annual requirements will not establish a precedence by which DOE may make future transfers without any regard for the "*maintenance of a strong domestic nuclear industry*", then DOE actions may, in fact, have an adverse material impact on the domestic industry. Most significantly, current and future plans for commercial uranium exploration, development, as well as new facility construction to increase long-term supply capacity, particularly in the domestic uranium supply industry, could be adversely impacted.

It is therefore important to note that in contrast to prior analyses of DOE transactions spanning three to seven years, DOE has identified all the material that is currently under consideration for transfer over a period of more than 20 years, i.e. from 2012 through 2033. This more comprehensive DOE plan enables the industry to better understand the significance of transfers during the next five to seven years that may exceed the 10% guideline and to adjust industry expectations and plans as is believed necessary.

## 1. Introduction

On March 11, 2008 the Secretary of the U.S. Department of Energy (DOE) issued a policy statement on management of the DOE's excess uranium inventory. It stated that

> *"To the extent practicable, the Department will manage its uranium inventories in a manner that is consistent with and supportive of the maintenance of a strong domestic nuclear industry. Consistent with this principle, the Department believes that, as a general matter, the introduction into the domestic market of uranium from Departmental inventories in amounts that do not exceed ten percent of the total annual fuel requirements of all licensed nuclear power plants should not have an adverse material impact on the domestic uranium industry."*

This report presents the results of a business analysis performed by Energy Resources International, Inc. (ERI) of the potential impact on the commercial markets of the introduction of DOE excess uranium inventories in various forms and quantities during the period 2012 through 2033.

The transactions analyzed by ERI during this period involve the transfer of depleted uranium hexafluoride ($DUF_6$) to Energy Northwest (ENW), a contractor of Bonneville Power Administration, during calendar years 2012 and 2013[1]. If completed, this transfer would be immediately followed by enrichment of the $DUF_6$ to LEU. At that point, there are several alternative paths under consideration by ENW for the disposition of this LEU during the period 2014 through 2033.

This analysis also takes into account other sales or transfers by DOE into the market during this period of time. These include the ongoing quarterly transfers of natural $UF_6$ at the current rate to the DOE contractor, Fluor-B&W Portsmouth LLC (FBP), for services being provided to DOE in support of the environmental cleanup of the Portsmouth gaseous diffusion plant (GDP). For the base case, transfers are assumed to continue at the current rate until all DOE Russian and U.S. origin $UF_6$ have been transferred to one or more DOE contractors, which would be in 2021. ERI also analyzed several alternative scenarios that reflect the transfer of the Russian and U.S. origin natural $UF_6$ at three higher annual transfer rates, until the transfer of all of this $UF_6$ has been completed, which would be in 2018 at the earliest.

In addition, the DOE National Nuclear Security Administration (NNSA) expects to be transferring into these same commercial markets additional LEU, which results from the down blending of highly enriched uranium (HEU) under several programs. It should be noted that the NNSA quantities identified and evaluated in this report do not include transfers of LEU that have a high assay (or enrichment) of uranium isotope 235 ($U^{235}$) –

[1] Unless indicated otherwise, all years are calendar years.

i.e., 19.75 weight percent $U^{235}$ – derived from HEU to make fuel for research and isotope production reactors. DOE expects to transfer 82 MTU-equivalent as LEU with an assay of 19.75w/o $U^{235}$ in each of 2012 and 2013. Because the commercial sector cannot produce uranium of that assay, these transfers do not displace commercial activity and have absolutely no impact on the domestic nuclear fuel industry. It will not be addressed further in this report.

In support of the Secretary's Policy Statement, DOE published its "Excess Uranium Inventory Management Plan" (DOE 2008 Plan) on December 16, 2008. According to the DOE 2008 Plan,

> *"The objectives of the Plan are to seek to: (1) enhance the value and usefulness of DOE's uranium by converting a portion of it into a low enriched uranium (LEU) inventory; (2) reduce DOE programmatic costs by decreasing uranium inventories; (3) meet key nonproliferation objectives; and (4) dispose of unmarketable material to facilitate the cleanup of DOE's gaseous diffusion plants (GDPs). DOE also anticipates that it will undertake to optimize the use and disposition of its excess uranium assets in a manner that also minimizes any material adverse impacts on the domestic uranium mining, conversion and enrichment industries.*
>
> *"The Plan addresses the disposition of DOE's excess uranium identified in this Plan through potential sales or transfers of uranium based on a combined annual quantity of no more than ten percent of the annual U.S. nuclear fuel requirements. The Department may exceed the ten percent in any given year for certain special purposes, such as initial core loads for new reactors. Uranium disposition decisions will be undertaken in a manner that is consistent with DOE's mission needs and the principles set forth in the Policy Statement. DOE sales or transfers would be conducted consistent with applicable legal requirements and will result in the U.S. Government's receipt of reasonable value."*

It should be noted that the various segments of the U.S. nuclear industry (e.g., owners and operators of nuclear power plants as well as nuclear fuel suppliers and their trade associations) have stated their support for the DOE 2008 Plan, together with DOE's proposed transfer of additional uranium "*for certain special purposes, such as initial core loads for new reactors*", even if such transfers are greater than 10% of U.S. requirements. Among its comments, the Uranium Producers of America (UPA) stated that "*market analysts can now assume very predictable and transparent limits to the impacts of government supplies going forward.*"[2,3]

---

[2] Uranium Producers of America, News Release, "UPA Applauds the DOE Excess Uranium Inventory Management Plan", December 22, 2008.
[3] Nuclear Energy Institute, "Industry Position on Disposition of DOE's Nuclear Fuel Inventory vs. DOE Management Plan", December 16, 2008.

However, following the July 28, 2009 news release by DOE of its plans to expand and accelerate cleanup efforts at the Portsmouth site and of its intent to fund these efforts with its excess uranium[4], the UPA expressed concern regarding whether "*the sale or transfer of excess uranium from the Department's existing stockpiles [will] be within the sale or transfer amounts established by the December 2008 Excess Uranium Management Plan*" and the extent to which this new DOE initiative may impact the domestic uranium producers.[5] The UPA has continued to press this point within Congress and the Administration.[6] Subsequently, the nuclear industry expressed concern that DOE might increase the amount of uranium transferred above any guidelines previously presented in the DOE 2008 Plan[7].

In September 2011, the U.S. Government Accountability Office (GAO) issued a report to Congress on the subject of excess uranium inventories.[8] In its report GAO stated that

> *"According to domestic uranium industry officials we interviewed, DOE's departure from its 2008 plan has created anxiety about how much further DOE might deviate from its plan in the future. In particular, industry officials were concerned that uncertainties about the quantities of uranium DOE might suddenly decide to sell or transfer could cause a fall in future uranium prices. Industry officials told us that this fear of declining prices discouraged potential investment in the industry, particularly in newer mining companies seeking to start production. Industry officials also said they feared that uncertainties about DOE's future plans would raise the costs of borrowing and of insurance coverage."*

GAO also reported that DOE officials stated that *DOE "has begun work on updating the uranium management plan* [DOE 2008 Plan*], but officials were unable to provide a date by which the update would be completed."*

Section 2 provides background information on each of the nuclear fuel markets that would potentially be affected by the transfer of these DOE materials. They are the markets for uranium concentrates, conversion services, and enrichment services. For each of these markets, both spot and term price indicators, together with the observed volatility or change in these prices, are also presented. This information serves as a basis for

---

[4] U.S. Department of Energy, News Release, "800 to 1000 New Jobs Coming to Piketon", July 28, 2009.
[5] Uranium Producers of America, Letter from William P. Goranson, President of UPA, to Honorable Steven Chu, Secretary of the U.S. Department of Energy, August 4, 2009.
[6] Uranium Producers of America, Letter from William P. Goranson, President of UPA, to Honorable Steven Chu, Secretary of the U.S. Department of Energy, October 13, 2009.
[7] Fertel, M.S., Nuclear Energy Institute, Letter to Dr. Steven Chu, Secretary of Energy, U.S. Department of Energy, September 2, 2010.
[8] U.S. Government Accountability Office, "Excess Uranium Inventories – Clarifying DOE's Disposition Options Could Help Avoid Further Legal Violations," GAO-11-846, September 2011.

understanding the relative importance of the quantities of DOE material that might be transferred. It also provides additional perspective with regard to the potential impact of such transfers relative to published market prices.

Section 3 identifies and discusses the quantities of equivalent DOE natural uranium and enrichment services associated with the disposition of the enriched $DUF_6$, down blended HEU, as well the quantities of natural uranium that are currently being transferred to the DOE contractor, and the alternative scenarios under which it may be transferred in the future.

Section 4 presents quantitative and qualitative estimates of the potential effect of the above described transfers of DOE equivalent materials and services on the domestic uranium, conversion and enrichment industries, with particular attention to the potential effect of these transfers on market clearing prices[9], and also the spot market price for uranium concentrates. To provide perspective, comparisons are provided regarding the size of these potential price effects relative to changes in published spot and term market prices that have occurred in the past.

Finally, Section 5 provides a summary of potential market impact and the nature of the domestic industry's concerns in this regard.

[9] In any particular year, the market clearing price (or equilibrium price) for uranium concentrates, for example, is based on the cost of production of the last increment of uranium that must be supplied by the market in order to provide the total quantity of uranium concentrates that is demanded by the market during that year.

## 2. Background on Nuclear Fuel Supply Markets

In order to better understand the potential impact that DOE transfers could have on the commercial markets for nuclear fuel materials and services it is useful to have some background regarding the current status of each of these markets and the expectations that market participants have regarding the future. At a minimum, this allows one to better appreciate (i) the relative size of the DOE transfers in the context of each of these markets, (ii) the manner in which published market prices have behaved in the past, and (iii) how the potential price impacts of the DOE transfers relate in size to historical volatility in these market prices.

The ERI nuclear power requirements forecasts used in this analysis were developed on a plant-by-plant and country-by-country basis. These forecasts take into consideration social, political, and economic conditions in those countries implementing nuclear power. These forecasts also reflect both the near-term and expected long-term impact of the events at the Fukushima Daiichi Nuclear Power Plant in Japan, which were initiated by a massive earthquake and tsunami that struck off the East coast of Honshu, Japan in March 2011.

The nuclear power forecasts, nuclear fuel design, and management parameters for specific types of nuclear power plants are used to project future nuclear fuel material and services requirements. The requirements for each U.S. nuclear power plant now operating or under construction take into account plant specific discharge burn-up, reload fuel assays, fuel cycle lengths, first-core and reload lead times, and operating capacity factors. Generic plant type and country-specific operating and fuel cycle characteristics are used for nuclear power plants outside the U.S., and fuel recycle is included for specific countries in Western Europe, consistent with present and planned activities.

### 2.1 Uranium Concentrates

### 2.1.1 Uranium Market Price Activity

The spot market price of uranium was $9.75 per pound $U_3O_8$ in March 2002 and moved steadily upward, reaching $135 in June 2007, as reported by TradeTech.[10] This 14 fold increase in price over approximately five years was driven largely by a series of unexpected disruptions to supply, ongoing discussion of a worldwide resurgence in the use of nuclear power, and the entry of financial speculators into the market. As if it was

[10] TradeTech, LLC (TradeTech) is one of several companies that publish market price indicators for the nuclear fuel industry, and related supply and demand data. Unless otherwise noted, historical and current spot and term market prices for uranium, conversion and enrichment markets that are referred to in this report are based upon information that is published by Trade Tech in the March 2012 issue of its monthly publication, The Nuclear Review, and the March 31, 2012 issue of its weekly publication, Nuclear Market Review.

responding to an over reaction in market behavior, the spot price fell back to $85 per pound $U_3O_8$ by August 2007, $47 by January 2009, and continued in a downward direction, reaching a low of $40.50 per pound $U_3O_8$ in February 2010, before rebounding to $72.25 in January 2011. Following the accident at Fukushima Daiichi in March 2011, the price drifted down to $51.50 per pound $U_3O_8$ by June 2011, where it has held firm. The current spot market price of $51.10 per pound $U_3O_8$ as of March 31, 2012 represents more than a five-fold increase in the spot market price in 10 years.

The term (also referred to as long-term) contract price for uranium concentrates rose from $10.40 per pound $U_3O_8$ in March 2002 to $41 by March 2006 and finally up to $95 per pound $U_3O_8$ by May 2007. It remained unchanged at $95 through March 2008 and then declined slowly to $65 per pound by May 2009, where it remained through October 2009. Between November 2009 and August 2010, it held at $60 per pound $U_3O_8$; then began to drift upward, reaching $70 in January 2011. However, following the accident at Fukushima Daiichi, the term price drifted down to $68 per pound $U_3O_8$ in March 2011, where it held through July 2011, before continuing a very slow decline, reaching $60 per pound $U_3O_8$ in February 2012. As of March 31, 2012 the long-term price remains at $60 per pound $U_3O_8$.

The transition from the much higher prices for uranium that characterized the market in 2007 and 2008 – and which could not be justified on the basis of economic production cost-based market clearing price analysis – to current prices reflects a significant decline over the last several years. Even so, current prices, which are still much higher than they had been 10 years ago, have led to identification and development of new uranium projects worldwide. It also resulted in mining projects, which may have appeared to be viable during the short lived period – between 2006 and 2008 – when uranium prices spiked, being abandoned because they were no longer viewed as being competitive after prices declined from the peak. So, while the improved outlook for greater deployment of nuclear power plants around the world – in spite of the accident at Fukushima Daiichi – and the associated forecasts for increased requirements for uranium have contributed to the overall rise in price, the renewed outlook for increases in world uranium production during the coming years can be expected to moderate future price increases in this decade.

### 2.1.2 Uranium Requirements

ERI's Reference Nuclear Power Growth requirements forecast indicates that world nuclear power plant uranium requirements will increase from the present level of about 163 million pounds $U_3O_8$ per year to 200 million pounds in 2020, and about 250 million pounds in 2030. This is about a 53% increase over a period of almost 20 years. At the same time, U.S. requirements are forecast to increase from the present level of 50.4 million pounds $U_3O_8$ per year to 51.5 million pounds in 2020 and about 59.6 million pounds in 2030. This is an 18% increase in requirements over a period of almost 20 years.

### 2.1.3 Uranium Supply

The world $U_3O_8$ supply capacity to meet requirements during the next decades will be obtained from uranium mine production together with government and civilian LEU and $U_3O_8$ equivalent inventories, down blended material from U.S. and Russian government nuclear weapons stockpiles, upgraded enrichment tails, plutonium and uranium recycle, all of which are collectively referred to as secondary supply

ERI estimates that current worldwide uranium mine production capacity is approximately 134 million pounds $U_3O_8$ per year, representing about 82% of total world nuclear power plant requirements under ERI's Reference Nuclear Power Growth Scenario. In 2020 and 2030, world mine production capacity is projected to be 169 and 228 million pounds per year, respectively, which in combination with Russian HEU and other secondary supply, could meet all nuclear power plant requirements at that time under this same scenario. This is consistent with an average annual expansion rate in worldwide mine production capacity of about 3.5% between 2011 and 2030.

Six countries (i.e., Kazakhstan, Canada, Australia, Namibia, Niger and Russia) are expected to provide at least 80% of world mine production during the next 10 years.

In the U.S., there are several relatively low-cost in-situ recovery (ISR) projects that are currently operating. They include the Alta Mesa Project, Crow Butte Operation, LaPalangana, Smith Ranch-Highland Operation and most recently the Willow Creek Project. Total U.S. production in 2011 from these properties, and the White Mesa Mill was reported by DOE/Energy Information Administration (EIA) to have been 4.0 million pounds.[11] U.S. mine production has ranged between 3.7 and 4.5 million pounds annually over the past five years. It is expected that these centers will continue to collectively produce between 4 and 5 million pounds per year, during each of the next several years or more. ERI estimates that the total cost of production for each of these projects (including exploration, production and return on investment), is below present market prices.

However, even as the uranium mining industry in the U.S. is demonstrating resurgence, the potential for new and more onerous regulatory constraints is becoming increasingly apparent. These include proposed the U.S. government's January 2012 moratorium on new hard rock uranium mining claims on land surrounding the Grand Canyon in Arizona, Mining Law Reform legislation, Indian Country issues, and Sacred Land issues. The Sacred Land issues are reminiscent of the problems that prevented development of the Jabiluka uranium resources in Northern Australia and have obstructed some exploration in Canada's Thelon Basin.

[11] *Domestic Uranium Production Report,* data for 4th Quarter 2011, U.S. Energy Information Administration, February 2012.

### 2.1.4 Adequacy of Uranium Supply Relative to Requirements

Figure 2.1 presents the world mine and secondary supply capacity that is projected to be available to meet the ERI Reference Nuclear Power Growth requirements forecast during the time period 2012 through 2035, and the resulting excess/shortfall. The secondary supply projection assumes that there will be plutonium and uranium recycle in some Western European countries, and that some excess weapons plutonium will be consumed in the U.S. and Russia in the form of mixed oxide (MOX) fuel. This figure also explicitly shows the contribution from the Russian HEU-derived LEU during the period through 2013, after which that source of uranium supply will no longer be present through the U.S.-Russia HEU Agreement. However, it is assumed that Russia will continue to down blend HEU, but at a lower rate for its own use. Re-enrichment of tails in Russia and underfeeding by all enrichers is expected to increase.

Since some of the potential new mine production capacity could result in excess capacity, the new supply does not need to come on line as quickly as published plans may indicate. It is worth noting that published plans for planned and prospective new mines tend to be optimistic. For the ERI Reference requirements shown in Figure 2.1, an average delay of two years is assumed for mines under development, five years for planned mines, and 11 years for prospective mines. In addition to the delays, only about 50% of the prospective mines are assumed to proceed at all; together with 75% of the planned mines, and 90% of the mines under development.

It is apparent from this figure that the capacity of current mines, plus secondary supply, together with capacity under development, planned mines and prospective mine supply, assuming the delays indicated above, should adequately cover the amount of uranium that is necessary to meet requirements over at least the next 20 years for the ERI Reference Nuclear Power Growth forecast. The figure indicates a modest margin which allows for potential inventory building, particularly by China. If nuclear power growth is greater than this forecast implies, then new mines will need to begin operation with less delay; and a larger portion of prospective mine supply will need to be successfully brought into production




Figure 2.1 Forecast of World Supply and Requirements for Uranium Concentrates

### 2.1.5 Future Market Price for Uranium Concentrates

Present market prices are close to ERI's estimate of the economic market clearing price of about \$50 to \$55 per pound $U_3O_8$, based on the total cost of production – including return on investment. Long-term market prices are expected to be relatively stable during the next several years, even if there is some volatility and possible further movement in spot market prices during the coming months.

A current analysis of mine by mine production costs coupled with an economic market clearing price analysis[12] results in the conclusion that for each additional million pounds of uranium

[12] Such analyses require the creation of an annual supply curve, which in the case of uranium concentrates is constructed by stacking individual increments of supply (e.g., individual mines) in ascending order from low to high based on each increment's cost of production, until the total supply is equal in quantity to the projected demand for uranium concentrates in the year of interest. The market clearing price is the total cost of production for the last increment of supply that is required to meet demand during that year. The additional quantity of incremental supply added to the market during the year (e.g., by a DOE transfer), together with the slope of the supply curve (i.e., Δ\$ per pound / Δ million pounds) at the point that total supply equals total demand, provide the basis for determining the potential impact (i.e., reduction) on the market clearing price.

concentrates that are added to supply in a year, there is the potential for a reduction in the economic market clearing price that is on average approximately $0.31 per pound $U_3O_8$ during at least the next 10 years. It is important to note that this estimated impact is relative to projected economic market clearing prices, which serves as the basis for long-term price projections. More than 85% of all uranium requirements purchased by owners and operators of nuclear power plants during 2009, 2010 and 2011 were purchased under term contracts.[13] Typically 50% to 60% of the term contracts are market price based; and many of these include reference to the spot market price in their pricing provisions.

It is very difficult, if not impossible, to correctly attribute a specific change in the spot market price to a single event. This is addressed further in Section 4.2. It should also be noted that during the last two years less than 40% of uranium purchased on the spot market was purchased by the owners and operators of nuclear power plants, with the balance (i.e., more than 60%) being transactions among producers, traders and others.[14] Therefore, spot market purchases by owners and operators of nuclear power plants during this period represent less than 15% of total market volume of uranium. The portion of annual operating requirements that owners and operators of nuclear power plants obtain through spot market transactions is also less than 15%, with more than 85% of their uranium requirements being acquired through term contract.

## 2.2 Conversion Services

### 2.2.1 Conversion Market Price Activity

Concerns associated with the uranium concentrate to uranium hexafluoride conversion services market began in 2003 when the operation of the Honeywell International, Inc. uranium conversion plant located in Metropolis, Illinois, was shutdown for almost six-months due to equipment problems. Early in 2001, the former British Nuclear Fuels Limited announced that it would no longer operate its Springfields plant in the United Kingdom (U.K.) after March 2006, but eventually agreed to operate it for Cameco under a ten-year agreement. These events resulted in a tightening of the market at the end of 2003 and an industry-wide realization that the nuclear fuel cycle, including conversion services, was vulnerable to serious interruption at any time.

In 2007, Cameco shutdown its Port Hope conversion plant for what eventually became about 15 months due to uranium bearing effluents leaking into the nearby city harbor. Shortly after it was restarted in Fall 2008 it was shutdown again for about six months due

[13] Based on annual volumes of uranium purchased under term contract arrangements, reported by Cameco Corporation in its February 9, 2012 "Management's Discussion and Analysis" that accompanied its financial statement and notes for the year ended December 31, 2011, and annual spot market volumes that are reported and attributed in that same document to The Ux Consulting Company, LLC.

[14] Based on data attributed to The Ux Consulting Company, LLC, as reported by Platts Nuclear News Flash, dated January 25, 2012,

to a price dispute with its fluorine supplier. During this period the consensus evolved that primary conversion capacity must be expanded in order to meet the industry's gradually expanding needs for uranium conversion services because of diminishing availability of secondary supply and thin supply margins with respect to production capacity. Following a 14 month labor strike at the Metropolis plant that began in June 2010, which clearly had an impact on production, even though it did not shut down the plant entirely, a three-year collective bargaining agreement was ratified by union employees in August 2011. The plant interruptions also highlighted the logistical issues associated with transport of conversion services supply, particularly between Europe and North America.

The succession of supply disruptions described above resulted in a significant increase in the conversion price. The North American conversion services spot market price reported by TradeTech rose from just under $5.25 per kgU as $UF_6$ in March 2003, a level that it had not exceeded during the previous six years, to $11.00 by January 2005. Between early 2005 and July 2007 it remained in the range of $11.00 and $12.00 per kgU. However, in August 2007 the conversion spot market price began to drift downward, reaching $8.00 per kgU by November 2007. Between then and May 2009 it fluctuated within a range of $8.00 to $9.00 per kgU; by July 2009 it had dropped to $6.50 per kgU and by February 2010 it reached a low of $5.00 per kgU. However, the price began to rise in June 2010 and by August 2010 it had reached $13.00 per kgU, and remained in a range of $12.00 to $13.00 through April 2011. During the last 12 months, the price has been slowly drifting down, reaching $6.75 per kgU as of March 31, 2012.

The North American long-term market price has remained in a range between $11.00 and $12.25 per kgU during the 6.5 year period between January 2005 and July 2010. In August 2010 it began to slowly increase, reaching $15.00 in November 2010 and $16.75 in September 2011, where it remains as of March 31, 2012, seven months later. It is interesting to note that two recent extended shut downs of the Cameco Port Hope facility had virtually no impact on the published long-term market price for conversion services. However, the more recent labor strike at the Metropolis plant followed by ConverDyn's October 2010 announcement regarding its pricing in future contracts appears to have led to a significant increase in the long-term market price for conversion services.

### 2.2.2 Conversion Services Requirements

ERI's Reference Nuclear Power Growth forecast indicates world nuclear power plant requirements for conversion services will rise from the present level of 58 million kgU as $UF_6$ per year to 73 million kgU in 2020 and 92.2 million kgU in 2030. This is about a 59% increase over a period of almost 20 years. At the same time, U.S. requirements are forecast to increase from the current level of 19.1 million kgU per year to 19.3 million kgU in 2020 and about 22.6 million kgU in 2030, which is an 18% increase in requirements over a period of almost 20 years.

### 2.2.3 Conversion Services Supply

The world presently has four primary commercial suppliers of uranium conversion services. Two of these suppliers are located in North America, one in the U.S. and the other in Canada, with a supporting plant in the United Kingdom (U.K.); one in France; and one is located in Russia with two plants. These suppliers are: ConverDyn, Cameco Corporation, AREVA/Comurhex, and Rosatom, respectively. Rosatom does not typically sell conversion services alone, but has for some years been exporting enriched uranium product (EUP) containing equivalent conversion services to Western Europe, the U.S., and East Asia. Primary conversion production in 2012 of 45.6 million kgU as $UF_6$ is expected, which represents about 77% of the estimated 2012 world requirements of 59 million kgU. This indicates a gap between primary production and requirements of 13.4 million.

In addition to primary conversion capacity, there is a substantial amount of secondary supply in the form of commercial $UF_6$ equivalent ($UF_6$e) that is currently being held by nuclear power plant operators, fuel suppliers, and governments in the U.S. and the rest of the world that will provide various levels of supply well into the future. The amount of secondary supply available to meet market requirements is expected to amount to approximately 20 million kgU per year through 2013, after which it is expected to fall to between about 15 and 18 million kgU per year, following the conclusion of the U.S.-Russia HEU Agreement in 2013. The conversion component of the HEU-derived LEU, which ends in 2013, is approximately 9 million kgU per year and accounts for most of this decrease. However, it is anticipated that Russian HEU will continue to be down blended at a somewhat lower rate for internal use for the foreseeable future.

During the last few years, the conversion services industry has not significantly expanded existing capacity. The Honeywell Metropolis plant is the only conversion facility located in the U.S. In June 2007, ConverDyn reported that following expansion related process additions, the annualized production capacity of the Metropolis plant was 15 million kgU as $UF_6$. However, in October 2010, ConverDyn acknowledged that Honeywell has not operated consistently at production levels that are anywhere close to 15 million kgU per year during recent years; and, in fact, stated that annual production levels over the past four years have averaged about 10 million kgU. According to a recent statement made by ConverDyn President and CEO, Ganpat Mani, Metropolis' annual production as of 2010 was limited to no more than 12 million kgU as a result of equipment problems in one part of the plant.[15] With many of its problems behind it, it appears that annual Metropolis production may reach 12 million kgU this year and maintain this level in the foreseeable future.

[15] Mani, G., Presentation at the NEI International Uranium Fuel Seminar in Savannah, GA, October 18, 2010.

Cameco's Port Hope, Ontario conversion capacity is expected to maintain an annual conversion capacity of about 10 million kgU for the foreseeable future. However, the Springfields plant in the U.K., which is being operated by Westinghouse's Springfields Fuels, Ltd., and with which Cameco has been cooperating under a long-term sales agreement for about 5 million kgU per year, is expected to shut down following the completion of the Cameco sales agreement in 2016.

During 2007, AREVA announced that it was replacing its existing facilities in the south of France with new facilities that would go into operation in 2012 and, if required by the market, would eventually have an annual capacity that would 21 million kgU, which would be 50% greater than that of its current facilities. The new plant is currently expected to reach initial nameplate capacity of 15 million kgU by the end of 2015. However, in light of recent efforts by AREVA to control capital expenditures and its December 2011 announcement regarding its current plans for this new conversion facility, together with a number of its other capital intensive projects, expansion beyond 15 million kgU is not being assumed.

It is also expected that Rosatom's capacity that is available to meet nuclear power plant requirements will increase in the coming years as the Russian HEU down blending program ends.

### 2.2.4 Adequacy of Conversion Supply Relative to Requirements

Figure 2.2 illustrates the projected supply, which reflects ERI's most recent understanding of how these facilities are actually operating and how they may realistically be expected to operate during the next decade or more. ERI's assumptions regarding new facilities and expansion of existing facilities is consistent with recent announcements associated with these facilities and in some cases the behavior of various governments in their ongoing development of nuclear power and supporting fuel supply services, and also with the expected use of commercial and government inventories. This figure also explicitly shows the contribution from the Russian HEU-derived LEU under the U.S.-Russia HEU Agreement, during the period through 2013, after which it is anticipated that Russian HEU will continue to be down blended at a somewhat lower rate for internal use.




Figure 2.2 Forecast of World Supply and Requirements for Conversion Services

As shown in this figure, a reasonable margin between supply and requirements is expected for the next five years, but the margin steadily reduces after 2017 and there is a supply deficit starting in the year 2023 under the ERI Reference Nuclear Power Growth Forecast. This could become a problem during the next ten years if any of the presently operating facilities was unable to operate at its expected conversion capacity. After 2022 additional conversion capacity will need to be brought into operation. The lead time for a new plant is expected to be three to five years; while the lead time for expansion of an existing plant could be at the lower end of this range.

### 2.2.5 Future Market Price for Conversion Services

The industry recognizes the eventual need for expansion and/or replacement of existing facilities in order to meet the Reference Nuclear Power Growth forecast requirements for conversion services. As previously noted, the primary suppliers have already taken initial steps in that direction. Present long-term market prices appear to be adequate to support plant expansion activities, as well as construction of new conversion plants.

A production cost analysis of conversion facilities coupled with an economic market clearing price analysis results in the conclusion that for each additional million kgU of new conversion services that are added to supply in a year, there is the potential for a reduction in the market clearing price that is on average $0.30 per kgU as $UF_6$ during at least the next 10 years. It is important to note that this estimated impact is relative to the projected economic market clearing price, which serves as the basis for long-term price projections. More than 85% of the conversion services requirements purchased during the period 2009 through 2011 have been purchased under term contracts.[16]

## 2.3 Enrichment Services

### 2.3.1 Enrichment Market Price Activity

Following a stable period between 2002 and mid-2004, long-term prices for enrichment services began a steady rise from August 2004, with the long-term price indicator, as reported by TradeTech, reaching $165 per separative work unit (SWU) in May 2009. However, by April 2010 the price had declined to $160 per SWU, where it remained through October 2010, before declining to $158 in November 2010, where it remained through August 2011. Since then the price has continued to drift down, reaching $146 per SWU in March 2012.

The price increases that occurred between 2004 and 2009 were the result of a number of factors, which included the realization that the enrichment market supply and requirements relationship was very tight, requiring that significant new supply be brought into operation. In addition, rapidly increasing uranium prices led to lower enrichment tails assays as buyers substituted enrichment services for natural uranium, which also increased world requirements for enrichment services. As the importance of long-term supply security came to the forefront, contracting activity was quite high. Supplier costs increased as well. In particular, the cost of electric power for gaseous diffusion plant (GDP) operators experienced large increases. Additionally, the underlying cost of materials to build large new facilities has increased as well. Finally, currency exchange rates continued to have an unfavorable impact on U.S. dollar-denominated enrichment prices. However, during the past year, the market has come to believe that there will be adequate enrichment supply to meet future requirements over the next decade and the pace of contracting for future supply has eased off.

### 2.3.2 Enrichment Services Requirements

ERI's Reference Nuclear Power Growth requirements forecast indicates world requirements for enrichment services will increase from the present level of about 42 million SWU per

[16] Based on information published by The Ux Consulting Company, LLC in the Ux Weekly, to which DOE subscribes.

year to 55.7 million SWU in 2020, and 72.7 million in 2030. This is a 73% increase over a period of almost 20 years. At the same time, U.S. requirements are forecast to increase from the present level of 14 million SWU per year to 15.9 million SWU per year in 2020 and 18.1 in 2030, which is a 29% increase in requirements.

### 2.3.3 Enrichment Services Supply

Sources and quantities of uranium enrichment services include existing inventories of LEU, production from existing uranium enrichment plants, enrichment services obtained by blending down Russian weapons grade HEU, recycle materials, primarily the use of plutonium in the form of mixed oxide (MOX) fuel, as well as announced new enrichment plants and expansions at existing facilities, together with enrichment services that might be obtained by blending down U.S. HEU, to the extent that these have already been announced. The supply in this analysis also includes the annual amounts of Rosatom enrichment services that may be exported to the U.S. under the Amended Suspension Agreement directly to owners and/or operators of nuclear power plants or through USEC under the agreement that it executed last year with Tenex. The Amended Russian Suspension allows the import of EUP and SWU into the U.S. that is equivalent of up to 20% of nuclear power plant requirements starting in 2014.

Several sources of enrichment services, such as the Georges Besse (GB-I) gas diffusion plant (GDP) operated by AREVA and the Paducah GDP operated by USEC are expected to be removed from service during the next few years. Even though there are published schedules for several sources of future supply that are in various stages of the licensing and construction process, it can not be known with certainty when each will actually become operational; or whether one or more of these new facilities may encounter a problem of such significance that it may never be able to contribute to available supply. For example, (i) the construction and deployment schedule of the Eagle Rock Enrichment Facility (EREF) was placed on hold by AREVA in December 2011 as part of a corporate-wide reassessment of capital expenditures in reaction to significant budgetary pressures that had been building for several years; and the construction schedule for the USEC Advanced Centrifuge Plant (ACP) continues to be delayed due to problems revolving around USEC's ongoing difficulties in securing financing for the project.

Also, other presently operating facilities, such as Urenco's three operating enrichment facilities in Europe or its Urenco USA facility in the U.S., and Rosatom's four operating enrichment plants in Russia may be expanded in the future to meet projected, but as yet uncertain requirements, if they are needed. In addition, the smaller enrichment plants that are located in countries such as Japan, China, Brazil and Argentina must also be considered, as must China's apparent plan to rapidly increase enrichment capacity by utilizing indigenous centrifuge technology.

Also, while they are not expected to be a significant source of supply in the long term, government HEU inventories currently play a role in meeting commercial requirements.

Finally, General Electric Hitachi Nuclear Energy (GEH) has initiated work that may lead to commercialization of the Global Laser Enrichment (GLE) Technology, which is based on Silex laser enrichment technology, and depending upon the results of that work it may serve as a source of commercial supply at some point in the future.

### 2.3.4 Adequacy of Enrichment Supply Relative to Requirements

Figure 2.3 presents ERI's forecast of uranium enrichment supply and the ERI Reference Nuclear Power Growth requirements through 2035. Supply is consistent with the most recent schedules for the introduction of new centrifuge enrichment capacity that have been announced by each supplier as described above, together with the expected shut down of remaining GDP capacity. As shown in the figure, there is a modest margin in the expected supply relative to projected requirements throughout the study period, for the Reference Growth forecast.

This figure also explicitly shows the contribution from the Russian HEU-derived LEU during the period through 2013, after which that source of equivalent enrichment supply is no longer present.




Figure 2.3 Forecast of World Supply and Requirements for Enrichment Services

During the 2012 to 2015 period, an average annual supply excess under the Reference Nuclear Power Growth forecast of just under 3 million SWU, which is about 6% of requirements, is projected by ERI. Between 2016 and 2020, if both the USEC ACP and AREVA EREF are built and begin to operate, then average annual supply would exceed the Reference Nuclear Power Growth forecast by about 2.9 million SWU, which is about 5% of requirements during that period. Supply margins of 5% to 10% are consistent with historical enrichment market behavior. However, at present the prospects for these two projects are less than certain. Without them the modest margin between supply and requirements during the 2016 to 2020 period would disappear. Looking further out in time, a similar situation is observed. Supply margin ranges between 4% and 8% after 2020, gradually declining with time. A long-term supply deficit would occur if both the ACP and EREF do not go forward. It is important to note that there are a number of sources that could potentially fill any supply deficits in the long-term and even beginning during the next couple of years if grown in requirements is greater than expected under the Reference Nuclear Power Growth forecast.

In summary, the enrichment market is expected to remain relatively in balance for the long term. A number of suppliers are capable of adding new capacity as needed, and with shorter construction lead times than typical of new nuclear power plants. The capital-intensive nature of enrichment technology discourages oversupply, but the number of suppliers able to expand incrementally should foster a healthy level of competition.

### 2.3.5 Future Market Price for Enrichment Services

Present market prices are believed to provide sufficient stimulus for construction of new centrifuge plant capacity. Facility capital costs can be covered, financing guaranteed, and an adequate return on investment earned at these prices. However, world centrifuge manufacturing capability is expected to remain well in excess of long-term annual requirements growth and there is some prospect for the commercial deployment of a new laser-based enrichment technology; which together could lead to long-term price decreases. Therefore, under the Reference Nuclear Power Growth requirements forecast, long term prices for enrichment services are expected to remain relatively stable for the next several years. A production cost analysis of enrichment facilities coupled with an economic market clearing price analysis results in the conclusion that for each additional million SWU of enrichment services that are added to supply in a year, there is the potential for a reduction in the market clearing price that is on average $3.90 per SWU during at least the next 10 years. It is important to note that this estimated impact is relative to the projected economic market clearing price, which serves as the basis for long-term price projections. More than 95% of the enrichment services requirements purchased during the period 2009 through 2011 have been purchased under term contracts.[17]

[17] Based on information published by The Ux Consulting Company, LLC in the Ux Weekly, to which DOE subscribes.

## 2.4 Summary of U.S. Requirements for Nuclear Fuel

Figure 2.4 provides a summary of U.S. requirements for nuclear fuel materials and services over the period 2012 through 2035 that is based upon ERI's current Reference Nuclear Power Growth forecasts. The saw tooth nature of these annual requirements is a reflection of the preponderance of U.S. nuclear power plants that operate on 18 or 24 month refueling cycles.




Figure 2.4 U.S. Requirements for Nuclear Fuel Materials and Services

Since the underlying change in average requirements over time is relatively small, but with significant year-to-year variation, average values that represent forecast years (i) 2012 through 2022 and (ii) 2023 through 2033, as presented in Table 2.1, are used in the analysis to provide perspective regarding the quantities of material that DOE is considering for transfer relative to the markets into which they would be introduced.

| | Average over Period 2012 - 2022 | Average over Period 2023 - 2033 |
|---|---|---|
| U.S. Uranium Concentrates Requirements, Million Pounds of $U_3O_8$ | 51.1 | 54.7 |
| U.S. Uranium Conversion Requirements, MTU of U as $UF_6$ | 19,529 | 20,813 |
| U.S. Enrichment Services Requirements, Million SWU | 15.4 | 16.8 |
| Note: 1,000 MTU = 1 million kgU<br>Source: Work in preparation for ERI "2012 Nuclear Fuel Cycle Supply and Price Report", Reference Nuclear Power Growth Forecast. | | |

Table 2.1 Summary of U.S. Requirements for Nuclear Fuel Materials and Services

As a point of comparison, the ERI requirements forecast shown in Table 2.1 is in general agreement with, but more conservative than the most recent analysis by the World Nuclear Association (WNA), which was published in September 2011 and is entitled "The Global Nuclear Fuel Market Supply and Demand, 2011 - 2030". It also provides projected U.S. requirements for nuclear fuel materials and services. Over the 2012 through 2030 period, the total U.S. nuclear fuel requirements forecasts published by WNA are 8% to 9% higher than those shown in Table 2.1. This is due to more optimistic assumptions made by WNA as compared to ERI regarding the number of new nuclear power plants that will be built in the U.S. during the next 20 years and the average fuel requirements for each of these units.

## 2.5 Summary of Published Market Prices

Current monthly spot and term market prices[18] (also referred to as "price indicators") are summarized in Table 2.2.

[18] TradeTech's spot prices "reflect the company's judgment of the price at which spot and near-term transactions for significant quantities [of that product or service] could be concluded as of the last day of the month". TradeTech's long-term price indicators are "TradeTech's judgment of the base price at which transactions for long-term delivery of that product or service could be concluded as of the last day of the month, for transaction in which the price at the time of delivery would be an escalation of the base price from a previous point in time."

| | Spot Market Prices | Term Market Prices |
|---|---|---|
| U concentrates:$/lb $U_3O_8$ | 51.10 | 60.00 |
| Conversion Services (North American): $/kgU as $UF_6$ | 6.75 | 16.75 |
| Enrichment Services (Restricted): $/SWU | 138.00 | 146.00 |
| U as Nat UF6: $/kgU as $UF_6$ | 140.00 | 174.00 |
| Market prices are as published by TradeTech in the March 31, 2012 issue of its weekly publication, Nuclear Market Review. | | |

Table 2.2 Recently Published Market Prices

## 2.6 Market Price Volatility

As is the situation with regard to published spot market prices for many publicly traded commodities and intra-day prices for various securities, as well as the broader financial market indices, the spot market price for uranium is extremely vulnerable to a broad range of factors at any point in time that include among other things: facts, rumors, and perceptions regarding: availability of both short-term and long-term supply – including excess DOE uranium inventory; expectations and changes in current and future requirements; the extent to which discretionary purchases are being made or are under consideration; short-term requirements for cash among individual suppliers and/or traders; and relative interest in alternative investments by speculative investors in uranium.

It is very difficult, if not impossible, to accurately predict the specific change in spot market price that might result from a particular future event. In addition, the effect is also highly dependent on the underlying direction in which the spot market price may be moving at the time of the event. For example, in a market in which prices are trending downward, news of additional supply being introduced into the market – such as the DOE natural uranium that is expected to be transferred to a D&D contractor – might lead to a further slide in spot market price that is greater than might otherwise be expected. In this same context, the early October 2009 announcement of an industrial accident at the large Olympic Dam mine in Australia, which resulted in that mine producing at only 25% of its full capacity for several months, was cited by several publishers of uranium spot market price indicators as the reason that a downward price movement reversed itself and increased by more than 15% during a two week period, before retreating 7% during the following two weeks. However, long-term investment decisions that are related to new or expanded uranium mines and fuel processing facilities are normally made based on the owners and/or investors expectations for what market prices will be in the longer term, as measured in years, not what they might be during the next several months.

Table 2.3 provides a summary of the total 12 month, and month-to-month volatility (i.e., absolute values of change), respectively, in published spot and term market prices for uranium