# EXHIBIT M

**ConverDyn v. Moniz**
**Case No. 1:14-cv-1012-RBW**

**Exhibit to Plaintiff ConverDyn's Motion for a Preliminary Injunction**

SECRETARIAL DETERMINATION
FOR THE SALE OR TRANSFER OF URANIUM

Having considered the requirements of the United States Enrichment Corporation Privatization Act of 1996 (42 U.S.C. 2297h-2297h-10), the current status of the domestic uranium mining, conversion, and enrichment industries, and the Department's analysis regarding the potential impacts of the sales or transfers of a total of 2,705 MTU natural uranium equivalent per calendar year as follows:

1) up to 2,055 MTU per year of natural uranium equivalent contained in natural uranium and natural uranium from off-specification non-uranium hexaflouride transferred to DOE contractors for cleanup services at the Paducah or Portsmouth Gaseous Diffusions Plants, in quarterly transfers of up to 600 MTU for the period 2014 through 2021; and

2) up to 650 MTU per year of natural uranium equivalent contained in low-enriched uranium (LEU) transferred to NNSA contractors for down-blending highly-enriched uranium to LEU for NNSA programs for the period 2014 and 2022;

3) Provided that, in the event the NNSA transfers do not reach 650 MTU in any year, EM may transfer in excess of 600 MTU in the fourth quarter of that same calendar year so long as the total amount transferred by the Department does not exceed 2,705 MTU natural uranium equivalent in that year.

I have determined that these Departmental sales or transfers will not have an adverse material impact on the domestic uranium mining, conversion, or enrichment industries. I have taken into account the sales of uranium under the Russian Highly Enriched Uranium Agreement and the Suspension Agreement.

_____
Ernest J. Moniz

MAY 15 2014
_____
Date