# EXHIBIT Q

**ConverDyn v. Moniz**
**Case No. 1:14-cv-1012-RBW**

**Exhibit to Plaintiff ConverDyn's Motion for a Preliminary Injunction**



# The Secretary of Energy
Washington, DC 20585

June 7, 2014

The Honorable Dianne Feinstein
Chairman, Subcommittee on Energy and
 Water Development
Committee on Appropriations
United States Senate
Washington, DC 20510

Dear Chairman:

As required by section 306(b) of the Consolidated Appropriations Act, 2014 (Public Law 113-76), the Department of Energy's National Nuclear Security Administration (DOE/NNSA) is notifying you of upcoming transfers of uranium to be made during the third quarter of calendar year 2014 (July through September) under its uranium downblending contract.

WesDyne International (WesDyne) and its subcontractor, Nuclear Fuel Services (NFS), are responsible for downblending highly enriched uranium (HEU) and storing the Department's portion of the derived low enriched uranium (LEU). WesDyne has provided a work plan for the remainder of the calendar year from which DOE/NNSA can estimate the monthly transfers of LEU necessary to satisfy monthly payments.

On May 1, 2014, DOE/NNSA notified Congress of its intended transfers for payment of invoices expected to have been received through May 14, 2014 and of its intent to provide quarterly notifications going forward in order to provide the requisite notice under section 306(b) and also ensure timely payment under its contract with WesDyne. This is the first DOE/NNSA quarterly notification and provides estimates of all required information on DOE/NNSA's planned uranium transfers for the third quarter of calendar year 2014:

Transfer in July:
- Amount of LEU to be provided: 9,203 kgU
- Estimated gross fair market value (which the Department assumes to be the same as gross market value): $14,413,900
- Expected date of title transfer: July 15, 2014
- Recipient: WesDyne International, Hopkins, South Carolina
- Value of services received: $14,413,900

Transfer in August:
- Amount of LEU to be provided: 7,090 kgU
- Estimated gross fair market value (which the Department assumes to be the same as gross market value): $11,105,200
- Expected date of title transfer: August 15, 2014



- Recipient: WesDyne International, Hopkins, South Carolina
- Value of services received: $11,105,200

Transfer in September:
- Amount of LEU to be provided: 7,090 kgU
- Estimated gross fair market value (which the Department assumes to be the same as gross market value): $11,105,200
- Expected date of title transfer: September 15, 2014
- Recipient: WesDyne International, Hopkins, South Carolina
- Value of services received: $11,105,200

DOE/NNSA appreciates the continued support of Congress in achieving its vital mission to eliminate U.S. surplus HEU. If you have any questions, please contact me or Mr. Joseph Levin, Associate Director for External Coordination, Office of the Chief Financial Officer at (202) 586-3098.

Sincerely,

Ernest J. Moniz

cc: The Honorable Lamar Alexander
    Ranking Member



# The Secretary of Energy
Washington, DC 20585

June 7, 2014

The Honorable Barbara A. Mikulski
Chairwoman, Committee on Appropriations
United States Senate
Washington, DC 20510

Dear Madam Chairwoman:

As required by section 306(b) of the Consolidated Appropriations Act, 2014 (Public Law 113-76), the Department of Energy's National Nuclear Security Administration (DOE/NNSA) is notifying you of upcoming transfers of uranium to be made during the third quarter of calendar year 2014 (July through September) under its uranium downblending contract.

WesDyne International (WesDyne) and its subcontractor, Nuclear Fuel Services (NFS), are responsible for downblending highly enriched uranium (HEU) and storing the Department's portion of the derived low enriched uranium (LEU). WesDyne has provided a work plan for the remainder of the calendar year from which DOE/NNSA can estimate the monthly transfers of LEU necessary to satisfy monthly payments.

On May 1, 2014, DOE/NNSA notified Congress of its intended transfers for payment of invoices expected to have been received through May 14, 2014 and of its intent to provide quarterly notifications going forward in order to provide the requisite notice under section 306(b) and also ensure timely payment under its contract with WesDyne. This is the first DOE/NNSA quarterly notification and provides estimates of all required information on DOE/NNSA's planned uranium transfers for the third quarter of calendar year 2014:

Transfer in July:
- Amount of LEU to be provided: 9,203 kgU
- Estimated gross fair market value (which the Department assumes to be the same as gross market value): $14,413,900
- Expected date of title transfer: July 15, 2014
- Recipient: WesDyne International, Hopkins, South Carolina
- Value of services received: $14,413,900

Transfer in August:
- Amount of LEU to be provided: 7,090 kgU
- Estimated gross fair market value (which the Department assumes to be the same as gross market value): $11,105,200
- Expected date of title transfer: August 15, 2014


Printed with soy ink on recycled paper

- Recipient: WesDyne International, Hopkins, South Carolina
- Value of services received: $11,105,200

Transfer in September:
- Amount of LEU to be provided: 7,090 kgU
- Estimated gross fair market value (which the Department assumes to be the same as gross market value): $11,105,200
- Expected date of title transfer: September 15, 2014
- Recipient: WesDyne International, Hopkins, South Carolina
- Value of services received: $11,105,200

DOE/NNSA appreciates the continued support of Congress in achieving its vital mission to eliminate U.S. surplus HEU. If you have any questions, please contact me or Mr. Joseph Levin, Associate Director for External Coordination, Office of the Chief Financial Officer at (202) 586-3098.

Sincerely,

Ernest J. Moniz

cc: The Honorable Richard C. Shelby
    Ranking Member