# EXHIBIT R

**ConverDyn v. Moniz**
**Case No. 1:14-cv-1012-RBW**

**Exhibit to Plaintiff ConverDyn's Motion for a Preliminary Injunction**



# Fuel Cycle Week
## The Business of Nuclear

Vol. 13 • No. 570 • May 22, 2014



## Cyanide, With A Side of Arsenic

*By Andrea Jennetta, Publisher*

"Since you're already dying, here's some poison."

That's basically what the nuclear energy industry's friends at the Department of ~~Energy~~ Cleaning Up Former Weapons Production Sites said last week with when they concluded that using uranium products to pay for cleanup would not have an adverse impact on the U.S. domestic uranium industries.

While hard to believe, there are a couple of positive takeaways from the May 15 secretarial determination and supporting documents.

First, with more of the transferred material being in the form of LEU, now producers, converters AND enrichers are screwed. Yay!

Second, Energy Resources International, the industry firm that wrote the analysis on the transfers' impacts that was clearly ignored by DOE, made sure to distance itself from its client in the analysis.

"Any determination of adverse material impact is made by the Secretary of Energy," ERI wrote in the April 25 document. "As such this market impact assessment does not make any conclusion whether or regarding whether or not the release of DOE inventories into the commercial markets will result in an adverse material impact." Double yay!

## 2014 Q1 'Pivotal Period' For Paladin's Recovery

*By Roger Murray, Global Correspondent*

With the big announcements all made in January-February 2014, there were no major developments for Paladin to report in its May 16 conference and investor update on its Q1 2014 and nine-months to end-March results.

One small change announced by managing director John Borshoff was the replacement of Paladin's long-serving COO Alan Rule by Craig Barnes with effect from July 1. Rule is moving to a similar position with an unidentified Australian iron ore company.

Borshoff highlighted a continued solid operation performance—record production of 4.3 million pounds (1,929 tonnes) U3O8 at 87.4% recovery by Langer Heinrich—for the nine month period—and continuing unit cost reductions.

He described Q1 2014 as "a pivotal period" for the company due to having achieved its three core initiatives: Langer Heinrich 25% minority sale to China National Nuclear Corp., project debt refinancing and Kayelekera's transition to care and maintenance "without issue and on track."

Paladin plans further unit cost reductions beyond the 8% achieved to date at Langer through hydrosorting to improve beneficiation recovery; improved washing and IX performance; better product precipitation; and reduced reagent consumption.

On Kayelekera Borshoff stressed the mine represents a future value asset available for a more profitable and de-risked restart.

CFO Rule added that over 50% of the known ore body remains for mining, with further exploration potential which Paladin will pursue.

But while the Malawi mine has excellent potential to become a cash generator, mining will not be resumed until prices are in the $70 per pound range.

The record output has put Paladin "on track" to achieve the revised
*see 2014 Q1 'Pivotal Period' page 7*

*More Inside*

### Borshoff: Blame the 'Opportunistic' Traders!
*See page 8*

ERI said its market clearing price analysis indicates that over the 2014-23 period, DOE inventories averaging nearly 2,850 MTU as UF6, or 7.4 million pounds U3O8 per year, will have the following negative price impacts:

- $3 per pound U3O8, or 8% of the current spot price and 6% of the current term price

- $1 per kgU as UF6, or 12% of the current spot and 6% of current term

- $4 per SWU, or 4% of both the current spot and term prices

| Uranium Prices Term: June 2014 cob May 21, 2014 | BID | OFFER |
|---|---|---|
| U3O8 (physical) | $27.75 | $28.50 |
| U3O8 (financial) | $27.75 | $28.50 |
| UF6 (physical) | $80.00 | $82.00 |

Source: Evolution Markets Inc.   +1 914.323.0252
www.evomarkets.com   Disclaimer

"As a point of comparison, it is noted that uranium price indicators have declined by 50% for the spot market and 35% for the term market in the three years following the Fukushima accident," ERI said.

I have to applaud the statements issued by the Uranium Producers of America and ConverDyn. Both were stellar in their clear criticism of the Energy Department's reality-defying, yet utterly predictable, decision.

For example, UPA said in its May 15 press release that the price of uranium "is now at a level not seen since 2005, falling more than 60% since the Fukushima accident….Even the market analysis cited by the department finds these transfers will drive down prices an additional 10% and lead to more job losses. If this doesn't constitute an adverse material impact, what does?"

The scathing observations from ConverDyn president Malcolm Critchley were even better.

"The determination is extremely disappointing and ignores the facts provided by industry and the opinions presented in ERI's assessment," Critchley wrote in a May 16 email to *FCW*.

"It is obvious that that DOE chose to ignore" a detailed financial damage assessment prepared by ConverDyn and submitted to the department before the secretarial determination was issued, he continued.

"One theme that runs through the whole (ERI) report is that the market impact of Fukushima is much worse than anything DOE plans to do and hence in this context DOE sales are not so bad. This is an absolutely incredible line of reasoning….A conclusion that things are so bad that the DOE can't make them much worse is just not defendable," Critchley wrote.

"DOE had an opportunity here to support the domestic nuclear industry; even a modest reduction in sales for a limited time would have sent a strong message to the markets, and gone a long way to repairing a strained relationship.

"It is highly regrettable that DOE chose to ignore the compelling evidence provided by industry as well as their legal responsibility to support or at least not damage a vital US industry," the ConverDyn president concluded.

When one industry pal commented that fuel buyers were probably the only market participants happy about the DOE inventory and the inevitable downward price impact, I pointed out DOE's latest slap in the face to nuclear utilities, in the form of a proposed THIRD tax to fund D&D at Paducah and Portsmouth.

Is it any wonder the commercial nuclear industry loathes the DOE?

## Big Stupid Typos

Last week's *FCW* was the culmination of a fustercluck of a week, in which yours truly was besieged by "electronic product issues" that led to a very late newsletter.

The coup de grace was the glaring stupid typo in the second line of the last paragraph on Buzz page 1. A second typo, perhaps less overt but just as stupid, was the entire caption for the photo on page 7. Unless I'm mistaken neither the president of Namibia nor the chairman of CGNPC are Komatsu trucks.

Said stupid typos have been fixed and a corrected version of *FCW* #569 can be downloaded by **clicking here**. You can also download directly from last week's delivery email. My apologies for the atypically sloppy product. ●

AFRICAN PROJECTS

# A-Cap Plans Big Drilling Program at Letlhakane

*By Roger Murray, Global Correspondent*

Despite the continued absence of an incentivizing price environment, uranium project developers are beginning to pick up momentum. Junior firms would appear to be increasingly convinced that the prospective medium-term supply shortfall in mined yellowcake will kick-start a surge in the uranium price by the time they are ready to proceed with new mine developments.

A-Cap Resources (ASX:ACB), whose major shareholders are China Growth Minerals and Praetorian Resources (combined 31% shareholding), announced a large scale drilling program at its Letlhakane project, northeast Botswana, on May 19.

This follows a $5.5 million fund raiser last month to support further feasibility work in preparation for a mining license application next year (*FCW #565, April 17*).

Letlhakane is globally one of the largest, although low grade, undeveloped yellowcake deposits targeted for early production. At a 100 ppm cut-off, the current total resource (indicated and inferred categories) is 662 million tonnes grading 211ppm (0.02%) for 308 million pounds (139,706 tonnes) contained uranium.

This includes a higher grade component of 84 million tonnes grading 447ppm (0.05%) for 83 million pounds (37,648 tonnes) contained yellowcake.

## Targeting Shallow Resources

Some 5,000 meters of reverse-circulation (RC) and diamond drilling is to be carried out to infill and extend the high-grade section of the resource. The results are expected to provide valuable data for feasibility work and resource modeling. The feasibility work will be incorporated into next year's mining license application.

Drilling will initially target the shallow primary resources at Serule West, Kraken and Gorgon South. Holes will be located within potential open pit areas that would be mined early on. The continuity results within the mineralized horizon will also be utilized in ongoing pit optimizations, mining equipment selection and grade control methods.

A series of RC and diamond drill holes at a 20-meter spacing will aim to establish the mining scale variability of yellowcake mineralization, defined by down hole gamma probing, and advance these areas to a measured resource classification as well as supporting in-pit reserve definition work.

Following completion of mining scale continuity drilling, the existing scoping study will be revised to include the higher grade resource. CEO Paul Thomson commented that this is expected "to impact significantly on operating costs" for Letlhakane.

## Goviex Files Final IPO Prospectus

Niger-focused GoviEx Uranium has filed a finalized prospectus for its previously-announced initial public offering on the Canadian Securities Exchange (CSE). The firm announced May 16 it had both filed, and received a receipt for, the final prospectus from the Security Commissions of British Colombia and Ontario (*FCW #564, April 10*).

The IPO will list distributable shares of between 697,674 and 2,325,581 Class A common shares priced at C$2.15 each, for total gross proceeds of between C$1.5-$5 million. GoviEx intends to use the IPO net proceeds, together with existing working capital, to fund an environmental and social impact assessment, and a pilot plant, at its Madaouela project in northern Niger.

On completion, the company expects to repay a $30 million bond held by Toshiba Corp. by issuing some 29.2 million Class A shares, as well as converting 24.5% of its 117.0 million outstanding Class B shares, which are subject to resale restrictions, into freely-trading Class A shares. Salman Partners Inc. of Vancouver is underwriting the IPO and will receive a commission of up to 4% of the gross proceeds.

Despite the current "brutal bear market for uranium," Bloomberg commented on May 16 that "this is a good opportunity to go public as the Canadian IPO market has picked up in recent weeks."

Madaouela can produce 2.5 million pounds (1,134 tonnes) U3O8 per year for 18 years, according to the NI-43 technical report on the project, at an initial capital cost of C$339 million ($319 million). GoviEx puts Madaouela's net present value (NPV) at C$251 million ($236 million). But this is based on a long-term uranium price of $70 per pound U3O8, compared to a current term price of $45.

NORTH AMERICAN URANIUM

# U.S. NRC Denies Dewey Burdock Stay Request

*By Andrea Jennetta, Publisher*

U.S. regulators will not grant a permanent stay of the license granted to Powertech (TSX:PWE) for the Dewey Burdock ISR mine in South Dakota.

In a May 20 order a Nuclear Regulatory Commission licensing panel removed a temporary stay issued April 30 and denied motions for a permanent one from two intervenors, the Oglala Sioux Tribe and a group of individuals that oppose uranium mining.

After hearing oral arguments from both sides on May 13, the Atomic Safety and Licensing Board said that "the intervenors' allegations and their supporting declarations lack the specificity needed to demonstrate a serious, immediate, and irreparable harm to cultural and historic resources."

The opponents in their stay request questioned the validity of the NRC process for complying with Section 106 of the National Historic Preservation Act, a federal law that protect historic and cultural resources.

According to a May 13 statement on Powertech's website, the Oglala Sioux was one of the tribes that chose not to participate in the related field surveys, "yet they are challenging the NRC about the quality of the completion of the 106 process."

The licensing panel also ruled that "even if its NRC license is stayed Powertech will still be permitted to engage in the earth moving activities on which the irreparable injury claim is premised…."

"The ground disturbing work contemplated for the next few months could be accomplished with an NRC license," the board continued. "Therefore staying the license would not address the intervenors' concerns nor would it protect any cultural or historic sites."

The issues over the NHPA consultation process will be adjudicated by the licensing panel at an evidentiary hearing in August.

## Uranerz Seeks License for Jane Dough

Uranerz Energy (NYSE MKT and TSX: URZ) has asked U.S. regulators to amend its Nichols Ranch ISR license to add the Jane Dough unit.

In a May 21 press release, Uranerz said it expects to install only wellfields at Jane Dough and transfer mining solutions to and from the Nichols Ranch processing plant through pipelines. Jane Dough is next to and immediately south of the Nichols Ranch mining unit which recently started mining operations (*FCW #565, April 17*).

The operational configuration should avoid the expense of constructing a separate satellite plant at Jane Dough, "resulting in considerable savings in capital and time, and should serve to greatly enhance the project economics and extend the mine life at the Nichols Ranch facility," the company said.

### NI 43-101 Resource Information for Jane Dough

| Property Name | Measured | | Indicated | | Measured & Indicated | |
|---|---|---|---|---|---|---|
| | (lbs eU3O8 | (% eU3O8) | (lbs eU3O8 | (% eU3O8) | (lbs eU3O8 | (% eU3O8) |
| South Doughstick | 583,684 | 0.122 | 1,268,989 | 0.120 | 1,852,673 | 0.121 |
| Doughstick | 112,140 | 0.074 | 407,603 | 0.074 | 519,743 | 0.074 |
| North Jane | 117,413 | 0.103 | 245,580 | 0.088 | 362,993 | 0.092 |
| Totals | 813,237 | | 1,922,172 | | 2,735,432 | 0.108 |

Source: Uranerz



The Jane Dough unit was formed by combining the Doughstick, South Doughstick and North Jane uranium properties (*see related chart, p. 4*).

## Kivalliq Sells 85% Stake in Genesis

Kivalliq Energy (TSX-V:KIV) announced yesterday that it has signed a letter of intent with Westham Resources Corp. (TSX-V:WHR), a capital pool company, related to Kivalliq's Genesis property in Saskatchewan. Under the LOI Westham can acquire an 85% interest in the Genesis property in exchange for:

- 20% of the issued and outstanding shares of WHR on a post-transaction/post-financing basis;

- C$1 million in cash payments; and

- C$5 million in exploration expenditures over four years.

After Westham earns the 85% stake in Genesis, Kivalliq's remaining 15% interest in the project will be carried through to completion of a bankable feasibility study and a recommendation from the WHR board to move to commercial production. Kivalliq will be the project operator for at least the first two years of the agreement.

Exploration efforts will focus on near surface, basement-hosted, structurally controlled uranium targets analogous to the Millennium, Roughrider and Eagle Point deposits of the nearby Athabasca Basin.

Kivalliq said data integration and interpretation is underway "to prioritize exploration targets and refine budgets for future exploration programs."

The Genesis property is comprised of 46 mineral claims totaling 491,154 acres, northeast of Saskatchewan's Athabasca Basin and along the prospective Western Wollaston Tectonic Domain.

## UEC Acquires Longhorn

Uranium Energy Corp (NYSE MKT:UEC) has acquired the Longhorn project in Live Oak County, Tex., located 47 miles southwest of the company's Hobson central processing plant and 94 miles northeast of the Palangana production area.

UEC said in a May 20 press release that Longhorn's existing aquifer exemption (AE) "provides three major advantages":



UEC's South Texas Hub and Spoke Projects
*Courtesy of UEC*

- eliminates a major permitting hurdle for the project, which will help expedite the regulatory process

- the existing AE interval already includes the mining zone of interest so no amendments are necessary

- the existing AE is large enough to allow additional expansion without amending the aquifer exemption boundary

President and CEO Amir Adnani explained that the company has "gradually drawn together" the Longhorn project leases and their historic exploration data over the last 18 months at a very low cost.

"Now that the data is assembled and with the existing aquifer exemption, we look to expedite the process to include the Longhorn project into our hub and spoke strategy in South Texas," Adnani said.

The Longhorn lies within the historic U.S. Steel Clay West production area where over 13 million pounds $U_3O_8$ were produced using ISL mining.

If **Malawian head of state Joyce Banda** fails to secure re-election in the May 20 presidential election this could be bad news for **Paladin Energy**.

The firm's decision to put the **Kayelekera** mine on care-and-maintenance might be less well received by a new leader and a different government.

Currently, local opinion polls point to the closest-ever result since multiparty elections were first held in 1994.

Although there are 12 candidates standing, Blantyre political commentators say the race is between Banda, the late ex-President Bingu wa Mutharika's brother Peter Mutharika, Lazarus Chakwera of the former ruling Malawi Congress Party and Atupele Muluzi of the United Democratic Front.

Banda, currently one of three African female presidents, is seen as having a slight edge because of incumbency and her rural support due to presidential patronage.

London-based fortnightly newsletter *Africa Confidential* see corruption and jobs as the top issues, with both Banda and Mutharika tainted, fairly or otherwise, by the so-called Cashgate scandals involving leading officials and ex-politicians.

---

With **the French government** having intervened to try and block the €12.4 billion ($17 billion) bid by **General Electric for the power business of Alstom**, the French firm has begun discussions with German's Siemens on an asset-swap deal.

Alstom, which posted annual sales of €20.3 billion ($27.8 billion) in 2012/13, manufactures turbines for coal, hydroelectric, gas and nuclear power plants. Its other business include large-scale electricity grid infrastructure, rail locomotives and rolling stock.

On May 16, France's Economy Minister Arnaud de Montebourg, threatened to veto GE's bid unless it agrees to a joint venture with Alstom.

If the bid as currently structured goes through it would leave the French company primarily as a transportation group, which Montebourg regards as unacceptable.

His intervention came on the back of a decree providing the Socialist government with powers to block foreign takeovers in "strategic sectors," including energy, transport, water, communications and health.

## Global Briefs

The talks with Siemens are focused on the German firm's $14.5 billion offer last month to exchange part of its own rail operations (now to be all of them) plus cash for Alstom's power business.

*Reuters* reported on May 18 that Siemens is prepared to further sweeten the deal by selling Alstom's nuclear power and renewables assets to French state-controlled energy group AREVA.

This could meet government concerns over France's energy independence, according to "two sources familiar with the proposed deal."

---

Not all of Europe's German-speakers are anti-nuclear. Voters in the Swiss canton of Berne rejected an early shut-down for the 372 MWe BWR **Mühleberg plant** in a May 18 referendum. With a vote of 137,285 to 236,285, the plant will now continue operating until 2019.

Operator BKW FMB will continue preparing for that shutdown, including $224 million in upgrade projects over the plant's remaining years of operation, of which $17 million is earmarked for "extraordinary retrofit measures" such as improving the cooling water supply and the cooling systems of the storage pools.

Even so, the plant is being decommissioned three years earlier than initially scheduled, as BKW announced in late 2013 that Mühleberg will shut down in 2019 instead of 2022 because of "uncertainty surrounding political and regulatory trends."

After Fukushima, the Swiss federal government decided to phase out the country's five nuclear reactors which generate 40% of Switzerland's electricity by not replacing them with new nuclear capacity at the end of their scheduled working lives.

---

**Uranium One** reported revenue of $69.5 million for Q1 2014 based on attributable sales of 3.3 million pounds at an average realized sales price of $36 per pound.

Total attributable production during the first quarter was 3.1 million pounds, at an average total cash cost per pound sold of produced material of $13 per pound.

The Q1 net loss was $34.2 million, compared to net losses of $9.5 million for the same quarter in 2013. •



continued from 2014 Q1 'Pivotal Period' page 1

FY2014 output guidance, heading for the "upper part" of the 7.8-8.0 million pounds (3,538-3,629 tonnes) range. Borshoff was also keen to emphasize that the Langer minority sale had secured a high-quality joint venture partner, "a very important outcome."

The joint venture agreement was also of "an exceptional nature" given the current market situation, he explained, and had put "a substantial floor" beneath Paladin and was something "we can now build on."

## Langer Heinrich Is Profitable

The Q1 2014 after-tax loss was $21 million, with nine month revenue down by 14% at $260 million and the net loss up 14% at $323 million.

Rule said this was largely due to lower realized yellowcake prices and a $227 million impairment taken on the Mount Isa exploration assets in Queensland during Q4 2013. Operational cash flow continued to be strong at $29 million during Q1 2014, with $103 million cash on hand.

But the position regarding Langer, now Paladin's flagship asset, is much healthier, as it made a small profit even on reduced sales revenue.

On a segmented basis, nine month revenue was $158 million, leaving a $7 million gross profit compared to a consolidated $28 million gross loss for the period.

This resulted in a small $100,000 pre-tax profit for the Namibian mine, which after allowing for a $5.2 million income tax benefit produced a $5.3 million after-tax profit.

## Analyst Reaction Mixed

WKRB News & Analysis reported May 20 that Canada's Scotiabank had lowered its TSX price target for Paladin from C$0.75 to C$0.65 in a research report issued on May 16.

The firm currently has a "sector perform" rating on the stock and in WKRB's view, Scotiabank's target would suggest a potential upside of 53% from the stock's previous close.

It noted that Paladin had traded down 7% during mid-day trading on May 16 to C$0.40 on a trading volume of 651,184 shares. This compared to a 52-week low of $0.38 and a 52-week high of C$1.07.

Analysts at TD Securities reiterated a "hold" rating, with a C$0.60 target on the stock, down from C$0.65.

### Paladin YTD Financials (July 1, 2013–March 31, 2014)

|  | Q1 2014 | | | YTD | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | 2014 | 2013 | % change | 2014 | 2013 | % change |
| **Revenue** | **88.6** | **106.4** | **-16.7** | **260.1** | **301.9** | **-13.8** |
| General costs | -81.5 | -77.8 | 4.8 | -235.6 | -230.2 | 2.3 |
| Depreciation & amortization | -12.8 | -14.1 | -9.2 | -42.3 | -43.1 | -1.9 |
| Other costs[1] | 7.3 | 2.9 | 151.7 | 15.1 | 10.5 | 43.8 |
| **Gross profit/loss** | **1.6** | **14.1** | **-92.9** | **-27.6** | **25.4** | |
| Corporate & marketing | -4.8 | -9.5 | -49.5 | -18 | -31.2 | -42.3 |
| Exploration | -0.3 | -0.3 | 0 | -1.2 | -1.2 | 0 |
| Other costs[2] | 0.3 | -44.4 | 693 | -333.7 | -144.6 | 130.8 |
| Pre-interest & pre-tax loss | -3.2 | -39.7 | -91.9 | -380.1 | -150 | 153.4 |
| Finance costs | -17 | -16 | 6.3 | -44.9 | -49.6 | -9.5 |
| **Pre-tax loss** | **-20.2** | **-55.7** | **-63.7** | **-425** | **-199.6** | **112.9** |
| Income tax | -0.3 | -4.8 | -93.8 | 102.3 | -84.5 | |
| After-tax loss | -20.5 | -60.5 | -66.1 | -322.7 | -284.1 | 13.6 |
| Non-controlling interests | -0.6 | -6.4 | -90.6 | -47.8 | -36.4 | 31.3 |
| **Net loss to parent company** | **-19.9** | **-54.1** | **-63.2** | **-274.9** | **247.7** | **11** |

[1] Impairment loss reversed on sale of inventory
[2] Mainly reflecting an impairment charge of $323.6m (2014) on Queensland exploration assets and of $140.8m (2013) for Kayelekera due to the low uranium price
Source: Paladin Energy, 31 March 2014 Interim Financial Report and MD&A



One unidentified analyst has rated the stock a sell, six have assigned a hold rating and one has assigned a buy rating. The consensus rating is a hold and the consensus target price C$0.64.

## Realized Prices Should Improve

In its May 16 research note Raymond James summarized its assessment as Q3 FY2014 being in-line with expectations, with H2 of this calendar year looking better, but "concerns remain." It has Paladin on market perform with a C$0.70 target price.

This reflected analyst David Sadowski's view that Paladin's realized prices are likely to tick up later this year on contract pricing, bringing some near-term relief to the company balance sheet.

Sadowski noted that Langer production costs increased by $1.50 quarter-on-quarter to $29 per pound U3O8 in January-March 2014, mainly because this was the first full quarter exposed to new higher priced water from AREVA's desalination plant.

Reagent issues, while being addressed, still impacted costs and appear to have affected metallurgical recoveries at 85.8%, down from 87.8% in the previous quarter.

Sales of 2.4 million pounds at an average realized price of $36.80 per pound—$1.60 per pound above the average spot price for the quarter—indicated "a significant amount of spot market sales."

Sadowski added: "Our industry channel checks suggest the company's 'dumping' has continued into Q2 2014; however, during the second half of the 20i4 calendar year, RJ anticipates stronger realized prices as sales diminish from Kayelekera and a greater proportion are realized through existing contracts."

## Balance Sheet Concerns

However, Sadowski remains "cautious" on the stock, given $684 million in outstanding debt, particularly the $300 million of convertible bonds maturing in November 2015. This is "a challenging hurdle to clear in the weak uranium price environment."

And RJ still sees "significant balance sheet risk over the next 18 months" if prices are not sufficient to substantially increase positive cash flows. Based on its $52 per pound spot price forecast for calendar 2015, it models a $68 million cash shortfall in December 2015 for Paladin (due to bond maturation), or a $129 million deficit assuming a $30 per pound flat-forward spot.

## Borshoff Blames 'Opportunistic Trading' For New Price Slump

*By Roger Murray*

Even by previous standards, last week's review of the state of the uranium market by Paladin's John Borshoff was a tour de force.

Noting that the market had weakened further in the last three months, he said "we all regard this as a temporary situation," although it was "worrying to all on market stability." Continued uranium supply is "unsustainable" without adequate incentive pricing.

He lashed at "opportunistic trading" on relatively low volumes, to which underfeeding by enrichers was a major contributory factor, given its "dramatic and disproportionate impact" on prices.

Borshoff maintained that Japanese reactor restarts were now held up by "relatively minor matters," although this was not the view expressed by Japanese presenters at the recent AMNT meeting in Frankfurt (*FCW #569, May 16*).

The Paladin chief described the prevailing market weakness as "more pertinent" in the light of the positive announcement by China that it now plans for 200 GW of nuclear power by 2030, up from the 60 GW aimed at for 2020.

Preparation for this heightened demand needed to start fairly soon and not in three to six years' time, and "we must not lose sight of the looming supply shortfall."

On that point, Borshoff announced that Paladin's mid-term update of its October 2013 supply and demand analysis increased the U3O8 supply shortfall by 13% to 35 million pounds.

The 4 million pound deterioration was caused by increased supply from enrichment underfeeding and delayed Japanese restarts. The gap could even worsen by 20%, to a 37 million pound shortfall if present trends continued.

Paladin had accordingly moved its increased price forecast forward by one year, with an incentive price of $80 per pound U3O8 not being achieved until 2017 and $100 per pound in 2019.

In Borshoff's view, the current situation was "a true conundrum" which the market was incapable of resolving in a timely fashion, eventually leading to high volatility, price pain and uncertainty in supply.

He nevertheless finished on a positive note: as the wider supply gap becomes evident in 2016/17 it should initiate "a price reaction in late 2014/2015," as utilities enter the term market to satisfy currently uncovered demand in the second half of this decade.





## OPEN URANIUM DEALS (5/15/2014 – 5/21/2014)

| Company Name | Offer Size | Price Per Share | Discount Premium | Security Type | Warrant @ Share | Market Cap | Underwriters | Financing Basis | Open Date, Updated |
|---|---|---|---|---|---|---|---|---|---|
| NO DEALS OPENED THIS WEEK | | | | | | | | | |

## RECENTLY CLOSED URANIUM DEALS (5/15/2014 – 5/21/2014)

| Company Name | Offer Size | Price Per Share | Discount Premium | Security Type | Warrant @ Share | Market Cap | Underwriters | Financing Basis | Open Date, Close Date |
|---|---|---|---|---|---|---|---|---|---|
| NO DEALS CLOSED THIS WEEK | | | | | | | | | |

Source: Oreninc.com    Download the current Uranium Sector Pulse Report.    Disclaimer

Providing weekly data on CNSX, TSX & TSX V uranium financing activity. All figures in $CAD.

---

**Andrea Jennetta**
Publisher
(202) 577-8022
andrea@fuelcycleweek.com

**Roger Murray**
Global Correspondent
+44 207 624 2894
jrmur115@aol.com

**Margaret Harding**
Columnist
(910) 803-1390
margaret@4factorconsulting.com

**Rod Adams**
Columnist
(410) 533-1569
rod_adams@atomicinsights.com

**Will Davis**
Contributing Reporter
(216) 544-3808
will@fuelcycleweek.com

*Fuel Cycle Week* is a publication of
**International Nuclear Associates Inc.**
710 C Street NE
Washington, DC 20002

Phone: (202) 547-8300
Internet: http://fuelcycleweek.com
Twitter: @NuclearBuzz

For subscription information, please contact Andrea Jennetta at andrea@fuelcycleweek.com

*Fuel Cycle Week* is published every Thursday, 48 times a year.

*Fuel Cycle Week* makes a dedicated effort to ensure that information and data is reasonable and accurate; however, no warranties, express or implied, are made, and no liabilities are assumed for the use or effects of any of the information or data contained in *FCW*.

© 2014 International Nuclear Associates Inc.
All Rights Reserved. Unauthorized duplication or distribution is strictly prohibited.

