# EXHIBIT T

**ConverDyn v. Moniz**
**Case No. 1:14-cv-1012-RBW**

**Exhibit to Plaintiff ConverDyn's Motion for a Preliminary Injunction**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CONVERDYN,

        Plaintiff,

    v.

ERNEST J. MONIZ, in his official capacity
as Secretary of the United States
Department of Energy

And

UNITED STATES DEPARTMENT OF
ENERGY

        Defendants.

Case No. 1:14-CV-1012-RBW

## AFFIDAVIT OF MELISSA MANN IN SUPPORT OF CONVERDYN'S MOTION FOR
## PRELIMINARY INJUNCTION

Melissa Mann, being duly sworn, deposes and states:

1. I am President of URENCO USA, Inc., parent of Louisiana Energy Services, LLC, a
   Delaware-registered company that operates the URENCO USA uranium enrichment facility
   in Lea County, New Mexico.  I have held my current position since January 1, 2014.  I
   submit this affidavit in support of ConverDyn's motion for preliminary injunction.

2. URENCO USA is the only working commercial facility producing low-enriched uranium in
   the United States.  URENCO USA received a combined construction and operating license
   from the U.S. Nuclear Regulatory Commission in 2006 and began supplying low-enriched
   uranium to U.S. utilities in 2010.  Currently, URENCO USA's enrichment capacity stands at
   3.7 million Separative Work Units per year, equivalent to approximately 25 percent of annual
   demand for uranium enrichment services by U.S. utilities.  The URENCO USA facility

continues to expand as it moves toward its target production of 5.7 million Separative Work Units per year.

3. The U.S. nuclear fuel cycle involves several industries that collectively operate to process natural uranium into commercial nuclear fuel. These industries include (i) uranium mining and milling, (ii) conversion services, whereby natural uranium is processed into uranium hexafluoride, (iii) enrichment services, whereby the proportion of the U235 isotope is increased from 0.711 percent to approximately 4.4 percent, and (iv) fabrication, whereby low-enriched uranium is processed into fuel rods suitable for use as fuel in U.S. nuclear power plants.

4. As the U.S. provider of uranium enrichment services, URENCO USA has a significant interest in the overall health and stability of the U.S. nuclear fuel cycle. In particular, a significant proportion of the uranium hexafluoride feedstock received from our nuclear utility customers at the URENCO USA plant in New Mexico is delivered from ConverDyn's Metropolis facility. ConverDyn's Metropolis facility is the only source of conversion services in the United States and it is important to URENCO USA's operations that there continue to be a healthy domestic source for conversion services in this country.

5. ConverDyn's complaint raises several issues that are of significant importance to the entire U.S. nuclear fuel industry. Like other companies in the U.S. nuclear fuel cycle, URENCO USA has closely followed the process by which the Department of Energy recently determined that its transfers of uranium would have no adverse material impact on domestic industries for mining, conversion services, or enrichment services.

6.  URENCO USA supports ConverDyn's motion for a preliminary injunction. The public
    interest would be best served through an orderly adjudication of the issues raised in
    ConverDyn's complaint, which have significant ramifications for the entire U.S. nuclear fuel
    cycle.  Issuance of a preliminary injunction would allow these claims to be reviewed on
    merits prior to any substantial change in the status quo that might otherwise result from
    transfers of uranium by the Department of Energy.

FURTHER AFFIANT SAYETH NOT

Dated: June 23, 2014

Melissa Mann
President, URENCO USA, Inc.

District of Columbia : SS
Subscribed and Sworn to before me, in my presence
this _23rd_ day of _June_____, _2014_

Notary Public, D.C.
My commission expires _9/30/2015_

**Natalia Xanthakos**
**Notary Public, District of Columbia**
**My Commission Expires 9/30/2014**



- Page 3