# EXHIBIT U

**ConverDyn v. Moniz**
**Case No. 1:14-cv-1012-RBW**

**Exhibit to Plaintiff ConverDyn's Motion for a Preliminary Injunction**

**From:** Groff, Christopher [mailto:CRG1@pge.com]
**Sent:** Thursday, June 19, 2014 10:25 AM
**To:** The.Secretary@hq.doe.gov
**Cc:** webmaster@boxer.senate.gov; webmaster@feintstein.senate.gov; Malcolm Critchley; Chris Frankland
**Subject:** Violation of the USEC Privitization Act

Mr. Ernest Moniz
Secretary of the US Department of Energy

I am writing you to express my concerns over the apparent violation of the USEC Privatization Act by the Department regarding the transferring of large quantities of uranium to support the acceleration of the Gaseous Diffusion Plant (Piketon, Ohio) cleanup and Decontamination & Decommissioning.  These transfers have an immediate and lasting impact on the uranium and enrichment services markets; would harm the US domestic conversion industry; and threaten the US energy security and energy dependence.  If these cleanup actions are a priority, then the funding should come through appropriations approved by Congress.

My company purchases the nuclear fuel for two nuclear power plants within the US which supply electricity to over 3 million customers in California and Missouri.  It is very important to maintain a uranium and conversion services market that is predictable and driven by the utility demands for nuclear fuel components.  As you are aware, there is enormous pressure on the existing US nuclear fleet plants to remain competitive in an energy sector being dominated by renewables and low priced natural gas.

I urge that the Secretary reconsider this action.  Ensuring no material impact on the domestic uranium mining and conversion services industries is essential.

Best regards,

Chris


**Christopher Groff** ● **President**



142 Cross Street  ● San Luis Obispo, CA  93401
+1.805.781.9782 business ● 805.441.9516 mobile
www.FuelcoLLC.com