# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONVERDYN,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**ERNEST J. MONIZ, in his official capacity as** )<br>**Secretary of the United States Department of Energy,** )<br>)<br>**and** )<br>)<br>**UNITED STATES DEPARTMENT OF ENERGY,** )<br>)<br>    **Defendants.** )<br>) | Case No. 1:14-cv-1012-RBW |

## [PROPOSED] ORDER GRANTING
## PLAINTIFF CONVERDYN'S MOTION FOR A PRELIMINARY INJUNCTION

      Presently before the Court is Plaintiff ConverDyn's Motion for a Preliminary Injunction. Having reviewed the parties' briefs, supporting documentation, and the arguments of counsel, the Court finds: (1) that Plaintiff ConverDyn has shown that it is likely to succeed on the merits of this proceeding, (2) that ConverDyn is likely to suffer irreparable harm in the absence of a preliminary injunction, (3) that the balance of equities between the hardship to the Defendants if injunctive relief is granted versus the hardship to ConverDyn if injunctive relief is denied favors ConverDyn, and (4) that a preliminary injunction is in the public interest.

      **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**.

      A **PRELIMINARY INJUNCTION** is issued against Defendants Ernest J. Moniz, in his official capacity as Secretary of the United States Department of Energy, and the United States Department of Energy. Defendants are preliminarily enjoined and ordered to suspend all

transfers of uranium described in the Secretarial Determination for the Sale or Transfer of Uranium dated May 15, 2014 pending a final determination in this proceeding.

**SO ORDERED**.

Dated:

_____
Reggie B. Walton
United States District Court Judge

**LOCAL CIVIL RULE 7(K) LIST OF PERSONS ENTITLED TO BE
NOTIFIED OF THE ENTRY OF THE PROPOSED ORDER**

Daniel E. Bensing, Esq.
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Room 6114
Washington, D.C., 20530
daniel.bensing@usdoj.gov
*Counsel for Defendants Ernest J. Moniz
and United States Department of Energy*

Gordon A. Coffee
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
gcoffee@winston.com
*Counsel for Plaintiff ConverDyn*